IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| EMILY COHEN,<br><br>Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA an Iowa municipality, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, et al.<br><br>Defendants. | Civil Action No. 3:23-cv-00073-SMR-WPK<br><br>**APPEARANCE** |

COMES NOW attorney Benjamin R. Merrill of the law firm Brown, Winick, Graves, Gross, and Baskerville, P.L.C., hereby enters his appearance in the above-captioned lawsuit on behalf Defendants Adam Kendall and Michael Dougherty.

Respectfully submitted,

*/s/ Benjamin R. Merrill*
Benjamin R. Merrill, AT0009789
BROWN, WINICK, GRAVES, GROSS AND
BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, Iowa 50309-2510
Telephone: 515-242-2487
Facsimile:  515-283-0231
email: ben.merrill@brownwinick.com

ATTORNEY FOR DEFENDANTS
ADAM KENDALL and MICHAEL DOUGHTERY

**CERTIFICATE OF SERVICE**

      I certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will serve all counsel of record.

      */s/ Cheryl K. Mendenhall*
      Cheryl K. Mendenhall, Paralegal