# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

Civil Action No. 23-cv-00073-SMR-WPK

EMILY COHEN,

    Plaintiff,

v.

IOWA CITY, IOWA an Iowa municipality,
JOHNSON COUNTY SHERIFF'S DEPARTMENT,
JOHNSON COUNTY, IOWA, IAN ALKE, et al.

    Defendants.

## MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND

Defendants Michael Dougherty and Adam Kendall, by and through undersigned counsel, hereby respectfully submit this Motion for Extension of Time to File an Answer or Otherwise Respond, pursuant to N. & S.D. Iowa Civ. LR 7, as follows:

### CONFERRAL

1.    Pursuant to N. & S.D. Iowa Civ. LR 7, prior to filing this Motion, counsel for Defendants, Colin J. Mayberry[1], conferred with Plaintiff Emily Cohen via email at emilycohenboulder@gmail.com on November 20, 2023, regarding the requested extension. Plaintiff opposes.

2.    Defendants Michael Dougherty and Adam Kendall were served with the Plaintiff's Complaint on November 1, 2023. Defendants' answer or motion in response to the

---

[1] Colin J. Mayberry has a motion for admission pro hac vice pending.

Complaint would be due November 22, 2023. Defendants respectfully request this Court grant an extension of time of thirty (30) days up to and including December 22, 2023, to respond to the Complaint.

3. Defendant Michael Dougherty is the District Attorney for the Twentieth Judicial District in Colorado and Adam Kendall is a Chief Deputy District Attorney for the same judicial district.

4. On November 13, 2023, Plaintiff filed a Second Emergency Motion for Injunction in a related civil lawsuit in the U.S. District Court for the District of Colorado, *Cohen v. Hartman et al.*, Civil Action No. 22-cv-0773-WJM-SKC. Defendants' Colorado counsel was fully occupied responding to Plaintiff's Second Emergency Motion for Injunction for several workdays.

5. Additionally, pursuant to the U.S. District Court for the District of Colorado's order in the related case, *Cohen v. Hartman*, Plaintiff filed an Amended Complaint on November 20, 2023. The District Attorney's Office must file an answer or response to that Amended Complaint by December 11, 2023.

6. Further, between November 13, 2023 and November 20, 2013, Plaintiff filed several Notices of Appeal in the Tenth Circuit Court of Appeals ostensibly pertaining to one or more orders issued by the district court in *Cohen v. Hartman*.

7. Defendants are located in Colorado, and their Colorado counsel were engaged for several days locating local counsel in order to be admitted to practice before this Court pro hac vice.

8. This is the first request to extend this deadline. No party will be prejudiced by this request as Plaintiff has not completed service of process on all parties.

9. For all the foregoing reasons, Defendants Michael Dougherty and Adam Kendall respectfully request this Court grant an extension of time of thirty (30) days up to and including December 22, 2023, to respond to the Complaint.

Dated this 21st day of November 2023.

Respectfully submitted,

By: */s/ Benjamin R. Merrill*
Benjamin R. Merrill, AT0009789
BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, Iowa 503-2510
Telephone: 515-242-2487
Facsimile: 515-283-0231
Email: ben.merrill@brownwinick.com

*Local Counsel for Michael Dougherty and Adam Kendall*

BOULDER COUNTY ATTORNEY

Colin J. Mayberry*
Assistant County Attorney
David Hughes*
Deputy County Attorney
P.O. Box 471
Boulder, CO 80306
(303) 441-3190
cmayberry@bouldercounty.org
dhughes@bouldercounty.org

*Counsel for Michael Dougherty and Adam Kendall*

*Motions for admission pro hac vice pending

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2023, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND** via U.S. District Court electronic filing service, and that a true and correct copy was served upon the following via U.S. Mail, postage prepaid, together with a copy of the notice of electronic filing addressed as follows:

*Pro Se Plaintiff*
Emily Cohen
1604 College Court Place
Iowa City, IA 55245

                                                  */s/Cheryl K. Mendenhall*
                                                  Cheryl K. Mendenhall, Paralegal