IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN, <br><br> Plaintiff, <br><br> v. <br><br> IOWA CITY, IOWA, ET AL., <br><br> Defendants. | CASE NO.  3:23-CV-00073-SMR-WPK <br><br><br> **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS LINDY FROLICH AND DARREN CANTOR** |

Paxton J. Williams of Belin McCormick P.C. hereby enter his appearance on behalf of Defendants Lindy Frolich and Darren Cantor in the above-captioned action.

Respectfully submitted,

BELIN McCORMICK, P.C.

/s/ Paxton Williams
Paxton J. Williams
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4638
Facsimile:   (515) 558-0638
Email:  pjwilliams@belinmccormick.com
ATTORNEYS FOR DEFENDANTS LINDY FROLICH AND DARREN CANTOR

CERTIFICATE OF SERVICE

I hereby certify on November 24, 2023, I electronically filed the foregoing with the Clerk of Court using the Iowa Electronic Filing System which will send a notice of electronic to the parties of record.  I further certify on November 26, 2023, the foregoing document will be served on Plaintiff via U.S. Mail.

<u>Via U.S. Mail</u>
Emily Cohen
802 Maggard Street
Iowa City, IA  52240
*Pro Se Plaintiff*

Signature:  /s/ Shannon Olson

(4347685)