IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA, ET AL.,<br><br>    Defendants. | CASE NO. 3:23-CV-00073-SMR-WPK<br><br>**MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND** |

Defendants Lindy Frolich and Darren Cantor, by and through the undersigned counsel, hereby submit this Motion for Extension of Time to File an Answer or Otherwise Respond and state the following in support:

1. Pursuant to N.D. & S.D. Iowa Civil Local Rule 7, prior to filing this Motion, counsel for Defendants, Paxton J. Williams, conferred with Plaintiff Emily Cohen via email at emilycohenboulder@gmail.com on November 22, 2023, regarding the requested extension. Plaintiff opposes the request.

2. The Complaint is over 200 paragraphs and brings approximately 10 claims against 38 defendants, often without differentiating among Defendants.

3. Defendants Frolich and Cantor were served November 3, 2023, and their answer is due November 24, 2023. Counsel requests up to and including 30 days, or December 26, 2023, in which to file an answer or otherwise respond to Plaintiff's Complaint.

4. Defendant Frolich is the Director of the Office of Alternate Defense Counsel, and Defendant Cantor is the Deputy Director of the Office of Alternate Defense Counsel.

5. Defendants Frolich and Cantor are not residents of Iowa, raising issues of personal jurisdiction.

6. Counsel requires additional time to analyze the very complicated Complaint, thoroughly research the claims asserted, and determine whether the Court has personal jurisdiction over these Defendants.

7. Defendants are located in Colorado, and their Colorado counsel were engaged for several days locating counsel in Iowa to assist with this matter.

8. The Colorado Attorney General is statutorily required to represent these Defendants, Section 24-31-101, C.R.S. (2023). Assistant Attorneys General will be seeking leave to appear pro hac vice.

9. The requested period of extension includes two national holidays.

10. Plaintiff has filed multiple suits in the United States District Court for the District of Colorado that contain overlapping Defendants, facts, and claims. Counsel requires additional time to determine how to best proceed in this matter, including researching consolidation, transfer, and abstention.

11. This is the first request to extend this deadline. No party will be prejudiced by this request as Plaintiff has not completed service of process on all parties.

WHEREFORE, Counsel for Defendants Lindy Frolich and Darren Cantor respectfully request this Court grant an extension of up to and including 30 days, or December 26, 2023, to file their answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

BELIN McCORMICK, P.C.

_____
Michael R. Reck
Paxton J. Williams
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 283-4645
Facsimile: (515) 558-0645
Email: mrreck@belinmccormick.com
       pjwilliams@belinmccormick.com
ATTORNEYS FOR DEFENDANTS LINDY
FROLICH AND DARREN CANTOR

CERTIFICATE OF SERVICE

I hereby certify on November 24, 2023, I electronically filed the foregoing with the Clerk of Court using the Iowa Electronic Filing System which will send a notice of electronic to the parties of record. I further certify on November 26, 2023, the foregoing will be sent to Plaintiff via U.S. Mail.

Emily Cohen
802 Maggard Street
Iowa City, IA 52240
*Pro Se Plaintiff*

Signature:   /s/ Shannon Olson

3

(4347698)