IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN,<br><br> Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA, ET AL.,<br><br> Defendants. | CASE NO. 3:23-CV-00073-SMR-WPK<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS LINDY FROLICH AND DARREN CANTOR** |

 Michael R. Reck of Belin McCormick P.C. hereby enter his appearance on behalf of Defendants Lindy Frolich and Darren Cantor in the above-captioned action.

        Respectfully submitted,

        BELIN McCORMICK, P.C.

        _/s/ Michael R. Reck_____
        Michael R. Reck
        666 Walnut Street, Suite 2000
        Des Moines, IA  50309-3989
        Telephone:  (515) 283-4645
        Facsimile:   (515) 558-0645
        Email:  mrreck@belinmccormick.com
        ATTORNEYS FOR DEFENDANTS LINDY
        FROLICH AND DARREN CANTOR

CERTIFICATE OF SERVICE

I hereby certify on November 24, 2023, I electronically filed the foregoing with the Clerk of Court using the Iowa Electronic Filing System which will send a notice of electronic to the parties of record. I further certify on November 26, 2023, the foregoing document will be sent to Plaintiff via U.S. Mail as referenced below:

<u>Via U.S. Mail</u>
Emily Cohen
802 Maggard Street
Iowa City, IA  52240
*Pro Se Plaintiff*

Benjamin R. Merrill
Brown, Winick, Graves, Gross and Baskerville P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA  50309-2510
Email: ben.merrill@brownwinick.com
*Attorney for Defendants Adam Kendall and Michael Dougherty*

David Hughes*
Boulder County Attorney's Office
1325 Pearl Street
Boulder, CO  80302
Email: dhughes@bouldercounty.org
*Attorney for Defendants Boulder County Sheriff's Office, Boulder County, Colorado, Anne Kelly, Michelle Sudano, Kristin Weisbach, Chris Merkle, Jane Walsh, and Stan Garnett*
*Motion for Admission Pro Hac Vice Pending*

Colin J. Mayberry*
Boulder County Attorney's Office
1325 Pearl Street
Boulder, CO  80302
Email: cmayberry@bouldercounty.org
*Attorney for Defendants Adam Kendall and Michael Dougherty*
*Motion for Admission Pro Hac Vice Pending*

Signature:   /s/ Shannon Olson

(4347681)