IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA, ET AL.,<br><br>    Defendants. | CASE NO. 3:23-CV-00073-SMR-WPK<br><br><br><br><br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT STEPHEN HOWARD** |

Paxton J. Williams of Belin McCormick P.C. hereby enters his appearance on behalf of Defendant Stephen Howard in the above-captioned action.

Respectfully submitted,

BELIN McCORMICK, P.C.

/s/ Paxton J. Williams
_____
Paxton J. Williams
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 283-4638
Facsimile: (515) 558-0638
Email: pjwilliams@belinmccormick.com
ATTORNEYS FOR DEFENDANT STEPHEN HOWARD

CERTIFICATE OF SERVICE

I hereby certify on November 29, 2023, I electronically filed the foregoing with the Clerk of Court using the Iowa Electronic Filing System which will send a notice of electronic to the parties of record. I further certify on November 29, 2023, the foregoing document will be served on Plaintiff via U.S. Mail.

Emily Cohen
820 Maggard Street
Iowa City, IA 52240
*Pro Se Plaintiff*

Signature: /s/ Shannon Olson

(4348833)