IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA, ET AL.,<br><br>    Defendants. | CASE NO.  3:23-CV-00073-SMR-WPK<br><br>**DEFENDANT STEPHEN HOWARD'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND** |

Defendant Stephen Howard, by and through the undersigned counsel, hereby submits this Motion for Extension of Time to File an Answer or Otherwise Respond and states the following in support:

1. Pursuant to N.D. & S.D. Iowa Civil Local Rule 7, prior to filing this Motion, counsel for Defendant Howard, Paxton J. Williams, conferred with Plaintiff Emily Cohen via email at emilycohenboulder@gmail.com on November 22, 2023, regarding the requested extension.  Plaintiff opposes the request.

2. The Complaint is over 200 paragraphs and brings approximately 10 claims against 38 defendants, often without differentiating among Defendants.

3. Plaintiff named "Steven Howard" and not "Stephen Howard" in her Complaint, but Defendant Howard understands Plaintiff asserts the cause of action is against Defendant.

4. Defendant Howard was served November 9, 2023, and his answer is due November 29, 2023.  Counsel requests 30 days, up to and including December 29, 2023, in which to file an answer or otherwise respond to Plaintiff's Complaint.

5. Defendant Howard is a Senior District Court Judge in the State of Colorado District Court, Boulder County.

6. Defendant Howard is not a resident of Iowa, raising issues of personal jurisdiction.

7.     Counsel requires additional time to analyze the very complicated Complaint, thoroughly research the claims asserted, and determine whether the Court has personal jurisdiction over this Defendant.

8.     Defendant Howard is located in Colorado, and his Colorado counsel were engaged for several days locating counsel in Iowa to assist with this matter.

9.     The Colorado Attorney General is statutorily required to represent this Defendant, Section 24-31-101, C.R.S. (2023). Assistant Attorneys General will be seeking leave to appear pro hac vice.

10.    The requested period of extension includes one national holiday.

11.    Plaintiff has filed multiple suits in the United States District Court for the District of Colorado that contain overlapping Defendants, facts, and claims. Counsel requires additional time to determine how to best proceed in this matter, including researching consolidation, transfer, and abstention.

12.    This is Defendant Howard's first request to extend this deadline. No party will be prejudiced by this request as Plaintiff has not completed service of process on all parties.

WHEREFORE, Counsel for Defendant Howard respectfully requests this Court grant an extension of 30 days, up to and including December 29, 2023, to file his answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

BELIN McCORMICK, P.C.

_/s/ Paxton Williams_
Michael R. Reck
Paxton J. Williams
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4645
Facsimile:   (515) 558-0645
Email:   mrreck@belinmccormick.com
             pjwilliams@belinmccormick.com
ATTORNEYS FOR DEFENDANT STEPHEN HOWARD

CERTIFICATE OF SERVICE

I hereby certify on November 29, 2023, I electronically filed the foregoing with the Clerk of Court using the Iowa Electronic Filing System which will send a notice of electronic to the parties of record.  I further certify on November 29, 2023, the foregoing document will be served on Plaintiff via U.S. Mail.

Emily Cohen
820 Maggard Street
Iowa City, IA  52240
*Pro Se Plaintiff*

Signature:   /s/ Shannon Olson

3

(4348832)