IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN, ) ) Plaintiff, ) ) v. ) ) IOWA CITY, IOWA, ET AL., ) ) Defendants. ) | CASE NO.  3:23-CV-00073-SMR-WPK<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT STEPHEN HOWARD** |

Michael R. Reck of Belin McCormick P.C. hereby enters his appearance on behalf of Defendant Stephen Howard in the above-captioned action.

 Respectfully submitted,

 BELIN McCORMICK, P.C.

 _/s/ Michael R. Reck_
 Michael R. Reck
 666 Walnut Street, Suite 2000
 Des Moines, IA  50309-3989
 Telephone: (515) 283-4645
 Facsimile:  (515) 558-0645
 Email:  mrreck@belinmccormick.com
 ATTORNEYS FOR DEFENDANT STEPHEN HOWARD

CERTIFICATE OF SERVICE

I hereby certify on November 29, 2023, I electronically filed the foregoing with the Clerk of Court using the Iowa Electronic Filing System which will send a notice of electronic to the parties of record.  I further certify on November 29, 2023, the foregoing document will be served on Plaintiff via U.S. Mail.

Emily Cohen
820 Maggard Street
Iowa City, IA  52240
*Pro Se Plaintiff*

Signature: /s/ Shannon Olson