THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

Civil Action No. 23-cv-00073-SMR-WPK

EMILY COHEN,

    Plaintiff,

v.

IOWA CITY, IOWA an Iowa municipality,
JOHNSON COUNTY SHERIFF'S DEPARTMENT,
JOHNSON COUNTY, IOWA, IAN ALKE, et al.

    Defendants.

## MICHAEL DOUGHERTY AND ADAM KENDALL'S MOTION TO DISMISS

Defendants Michael Dougherty and Adam Kendall ("Defendants Dougherty and Kendall") or ("Defendants"), through counsel, request that the Court dismiss this case for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and in support state as follows:

1. Pursuant to Local Rule 7(d), Defendants submit as an attachment to this Motion Michael Dougherty and Adam Kendall's Brief in Support of the Motion to Dismiss, which is incorporated into the Motion by reference.

2. Plaintiff Emily Cohen's Complaint fails to allege sufficient facts to make a prima facie showing of personal jurisdiction over Defendants.

3. Due process requires "minimum contacts" between a nonresident defendant and the forum state before this Court may exercise personal jurisdiction over Defendants.

4. This Court must consider five elements to determine whether sufficient minimum contacts exist to satisfy due process: (1) the nature and quality of the contacts with the forum

1

state; (2) the quantity of the contacts with the forum state; (3) the relation of the cause of action to the contacts; (4) the interest of the forum state in providing a forum for its residents; and (5) the convenience of the parties. Each defendant's contacts with the forum State must be assessed individually.

      a.    Cohen has not alleged sufficient quantity, quality, or nature of contacts to support that Defendants Dougherty and Kendall are subject to jurisdiction in Iowa.

      b.    Moreover, maintenance of this suit in Iowa against Defendants Dougherty and Kendall would not comport with due process, because the interest of the forum state in providing a forum for its residents and any alleged convenience of the parties does not outweigh the lack of minimum contacts.

Accordingly, Defendants respectfully request that this Court grant this Motion to Dismiss and dismiss Plaintiff Emily Cohen's claims against them.

Dated this 21st day of December 2023.

Respectfully submitted,

BOULDER COUNTY ATTORNEY

By: */s/ Colin J. Mayberry*
David Hughes
Deputy County Attorney
Colin J. Mayberry
Assistant County Attorney
P.O. Box 471
Boulder, CO 80306
(303) 441-3190
dhughes@bouldercounty.org
(303) 441-3855
cmayberry@bouldercounty.org

*Counsel for Boulder County District Attorney*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2023, I electronically filed the foregoing **MICHAEL DOUGHERTY AND ADAM KENDALL'S MOTION TO DISMISS** with the Clerk of Court for the United States District Court for the Southern District of Iowa using the CM/ECF system, which will send notification of such filing to the following counsel of record registered with the CM/ECF system:

*Pro Se Plaintiff*
Emily Cohen
1604 College Court Place
Iowa City, IA 55245
Email: emilycohenboulder@gmail.com

Benjamin R. Merrill, AT0009789
BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, Iowa 503-2510
Email: ben.merrill@brownwinick.com
*Local Counsel for Michael Dougherty and Adam Kendall*

                                                                           */s/ Colin J. Mayberry*_____