IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN,<br><br>　　Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA, ET AL.,<br><br>　　Defendants. | CASE NO. 3:23-CV-00073-SMR-WPK<br><br>**DEFENDANTS' LINDY FROLICH AND DARREN CANTOR'S SECOND MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND** |

　　Defendants Lindy Frolich and Darren Cantor, by and through the undersigned counsel, hereby submit this Second Motion for Extension of Time to File an Answer or Otherwise Respond and state the following in support:

　　1.　　Pursuant to N. & S.D. Iowa Civ. LR 7, prior to filing this Motion, counsel for Defendants, Paxton J. Williams, conferred with Plaintiff Emily Cohen via telephone call on December, 21 2023, regarding the requested extension. Plaintiff agrees to the request.

　　2.　　Defendants Stephen Howard, Lindy Frolich, and Darren Cantor are all residents of Colorado. Accordingly, they will all be moving to dismiss Plaintiff's claims against them for lack of personal jurisdiction and will move in the alternative for a more definite statement.

　　3.　　Because Defendants Howard, Frolich, and Cantor are all represented by the undersigned counsel and will all be represented by Assistant Attorneys General from the Colorado Attorney General's Office,[1] see § 24-31-101, C.R.S. (2023), these Defendants intend to file a single motion.

　　4.　　Further, because the motion will raise the same substantive issues, judicial economy supports the Court considering a single motion.

---

[1] Lauren Davison and Amy Churchill Colony have been admitted pro hac vice to represent Defendant Howard. Sarah Quigley has been admitted pro hac vice to represent Defendants Frolich and Cantor.

5.	Defendants Frolich's and Cantor's responses to the Complaint are due December 26, 2023. Defendant Howard's response to the Complaint is due December 29, 2023. To accommodate a single motion, Defendants Frolich and Cantor respectfully request their deadline be extended to the same date, December 29, 2023.

6.	This deadline has been extended once before. The original deadline was November 24, 2023. This is the second request to extend this deadline made by movant. No party will be prejudiced by this request as Plaintiff has not completed service of process on all parties.

WHEREFORE, Counsel for Defendants Lindy Frolich and Darren Cantor respectfully request this Court grant an extension of three days to file their answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

BELIN McCORMICK, P.C.

*/s/ Paxton Williams*

Michael R. Reck
Paxton J. Williams
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4645
Facsimile:   (515) 558-0645
Email:  mrreck@belinmccormick.com
            pjwilliams@belinmccormick.com
ATTORNEYS FOR DEFENDANTS LINDY FROLICH AND DARREN CANTOR

CERTIFICATE OF SERVICE

I hereby certify on December 21, 2023, I electronically filed the foregoing with the Clerk of Court using the Iowa Electronic Filing System which will send a notice of electronic to the parties of record.  I further certify on December 21, 2023, the foregoing document was served via U.S. Mail as referenced below:

<u>Via U.S. Mail</u>
Emily Cohen
802 Maggard Street
Iowa City, IA  52240
*Pro Se Plaintiff*

Signature:  /s/ Shannon Olson