IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| EMILY COHEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA, ET AL.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 3:23-CV-00073-SMR-WPK<br><br>**RULE 12(B)(2) MOTION TO DISMISS<br>FOR LACK OF PERSONAL<br>JURISDICTION AND/OR MOTION<br>FOR A MORE DEFINITE<br>STATEMENT** |

Pursuant to Fed. R. Civ. 12(b)(2), Defendants Darren Cantor, Lindy Frolich, and Judge Stephen Howard (collectively, the "Colorado State Employee Defendants") seek dismissal of all claims against them because this Court does not have personal jurisdiction over them. In support hereof, the Colorado State Employee Defendants state:

1. Pursuant to Local Rule 7(d), the Colorado State Employee Defendants submit as an attachment to this Motion Defendants' Brief in Support of the Motion to Dismiss and/or Motion for a More Definite Statement, which is incorporated into the Motion by reference.

2. The Colorado State Employee Defendants are residents of Colorado and have no connection with the state of Iowa.

3. None of these Defendants has ever availed themselves of the laws of Iowa or consented to submit to personal jurisdiction in state or federal courts in Iowa.

4. The Plaintiff's Complaint makes no showing of sufficient minimum contacts with the state of Iowa to sustain personal jurisdiction over these Defendants.

5. Consequently, this Court lacks personal jurisdiction over the Colorado State Employee Defendants.

6. In the alternative, if the Court decides not to dismiss Plaintiff's claims against the Colorado State Employee Defendants, Defendants respectfully request the Court require Plaintiff to

submit a more definite statement as to the factual and legal allegations relating to the claims.

WHEREFORE, Defendants Darren Cantor, Lindy Frolich, and Judge Stephen Howard pray for entry of an Order dismissing all claims against them at Plaintiff's cost, and in the alternative, an Order directing Plaintiff to submit a more definite statement.

Dated this 29th day of December 2023.

Respectfully submitted,

PHILIP J. WEISER
Attorney General

*s/Lauren Davison*
LAUREN DAVISON*
Assistant Attorney General
AMY CHURCHILL COLONY*
Senior Assistant Attorney General
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone:  720-508-6631
FAX:  720-508-6032
lauren.davison@coag.gov
amy.colony@coag.gov
*Counsel of Record
*Attorneys for Defendant Stephen Howard*

PHILIP J. WEISER
Attorney General
SARAH QUIGLEY*
Assistant Attorney General
Natural Resources and Environment Section
1300 Broadway, 7th Floor
Denver, Colorado 80203
Telephone:  720-508-6295
FAX:  720-508-6032
sarah.quigley@coag.gov
*Counsel of Record
*Attorney for Defendants Lindy Frolich and Darren Cantor*

BELIN McCORMICK, P.C.
Michael R. Reck
Paxton J. Williams
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4645
Facsimile:   (515) 558-0645
Email:   mrreck@belinmccormick.com
         pjwilliams@belinmccormick.com
ATTORNEYS FOR DEFENDANTS
STEPHEN HOWARD, LINDY FROLICH,
AND DARREN CANTOR

CERTIFICATE OF SERVICE

I hereby certify on December 29, 2023, I electronically filed the foregoing with the Clerk of Court using the Iowa Electronic Filing System which will send a notice of electronic to the parties of record.  I further certify on December 29, 2023, the foregoing document was served via U.S. Mail as referenced below:

<u>Via U.S. Mail</u>
Emily Cohen
802 Maggard Street
Iowa City, IA  52240
*Pro Se Plaintiff*

Benjamin R. Merrill
Brown, Winick, Graves, Gross and
Baskerville P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA  50309-2510
Email: ben.merrill@brownwinick.com
*Attorney for Defendants Adam Kendall, Michael Dougherty, Boulder County Sheriff's Office, Boulder County, Colorado, Anne Kelly, Michelle Sudano, Kristin Weisbach, Chris Merkle, Jane Walsh, and Stan Garnett*

David Hughes
Boulder County Attorney's Office
1325 Pearl Street
Boulder, CO  80302
Email: dhughes@bouldercounty.org
*Attorney for Defendants Adam Kendall and Michael Dougherty*

Colin J. Mayberry
Boulder County Attorney's Office
1325 Pearl Street
Boulder, CO  80302
Email: cmayberry@bouldercounty.org
*Attorney for Defendants Adam Kendall and Michael Dougherty*

Signature:     */s/ La'Tasha Canty*