
**EXHIBIT E**

| | |
|---|---|
| District Court, Boulder County, State of Colorado<br>1777 Sixth Street, Boulder, Colorado 80306 | |
| | DATE FILED: November 2, 2021 1:36 PM<br>CASE NUMBER: 2014CR437 |
| **PEOPLE OF THE STATE OF COLORADO,**<br>PLAINTIFF<br><br>vs.<br><br>**EMILY COHEN,**<br>DEFENDANT | ▲ **COURT USE ONLY** ▲ |
| *Attorney for the People:*<br>Anne Kelly, Michelle Sudano<br>*Attorney for Defendant:*<br>*Pro Se* | Case Number: 14CR437<br><br>Division 2<br>Courtroom P |
| **MINUTE ORDER RE TRIAL READINESS HEARING** | |

On November 2, 2021, the following actions were taken in the above-captioned case. The matter is before the Court pursuant to a trial readiness hearing and motions filed by the parties. The Court's findings of fact and conclusions of law stated in open court on the record are hereby incorporated. The Clerk is directed to enter these proceedings in the register of actions:

**COURT REPORTER:** FTR

**APPEARANCES:  PEOPLE (in person):** Anne Kelly, Esq. and Michelle Sudano, Esq.

        **DEFENSE (by Webex):** *Pro Se*

**THE FOLLOWING EXHIBITS WERE ADMITTED INTO EVIDENCE FOR PURPOSES OF THIS HEARING:**

    **Prosecution** - Exhibits 1, 2, 3

    **Defense** - n/a

**COURT'S ORDERS/ ACTIONS:**

**MATTERS DURING THE HEARING:**

**1. Defendant's Motion to Dismiss for Lack of Jurisdiction and Lack of Due Process is Denied**

    Defendant filed a motion with the Court on November 1, 2021, seeking to dismiss this action for the lack of jurisdiction and lack of due process. Notably, the Defendant filed improperly through email without permission from the Court. The Court nevertheless accepts Defendant's

motion as it was delivered in person on the morning of Tuesday, November 2, 2021. The Court denies the motion, either as a new motion or as a motion to reconsider, for the same reasons set forth in prior denials of the same motion.

## 2. Trial Readiness

The People request that the current trial date stay in place and further request a status conference before trial. The Court sets a status conference for Tuesday, November 23, 2021 at 9:00 am.

## 3. Protection Order

The People filed a motion on October 15, 2021, requesting that the Court order, based upon good cause shown, that this pro se Defendant immediately cease her practice of posting discovery, including victim/witness information, on social media. Similarly, the People seek an order preventing Defendant from attempting to harass, disparage, or intimidate the victims or witnesses in this case, whether directly or indirectly, and whether in person or through electronic means. The Court Denies the People's Motion for Protective Order Regarding Victim Information and Discovery. The Court notes these issues may be addressed with venire during *voir dire* at trial.

## 4. Arrest Warrant and Bond in Light of Defendant's Violation of Court Order, Failure to Appear In-Person for Hearing on November 2, 2021, and Fraudulent Court Filing

On August 11, 2021 Court issued an order directing Defendant to appear in-person for the hearing on November 2, 2021, deemed a bond appearance date, unless Defendant could show good cause to not appear in person.

The order stated that the Court would only consider good cause if Defendant filed positive COVID-19 test results provided with a motion before the hearing. Defendant did not appear in person, instead Defendant appeared via Webex without providing a positive COVID-19 test before the hearing. Defendant provided a document purporting to be a doctor's note from Dr. Jessica Alston, University of Iowa Hospitals and Clinics, stating Defendant tested positive for COVID-19 on October 28, 2021. Defendant did not provide an actual positive test result.

The People offered Exhibit 3, email communication between DA Investigator Kristin Weisbach and University of Iowa Nurse Tamika Rhoads. Nurse Rhoads stated that, "We would like to verify that on behalf of Dr. Jessica Alston, she did not write the attached letter. This letter is considered invalid." DA Kelley verified the authenticity of the investigation and email as an officer of the court. The People moved to revoke bond based upon Defendant's violation of the August 11, 2021 order, her failure to appear, and fraud on the court by filing the purportedly forged doctor's note.

The Court finds probably cause that the document is forged and not a legitimate doctor's note. Therefore, the Court orders an arrest warrant for Defendant on the grounds Defendant failed to comply with this Court's order to appear in person or show good cause for remote appearance with positive COVID-19 test results and further finding probably cause that Defendant has attempted to defraud this Court with forged documents.

      The Court sets Defendant's bond at $90,000 per prior order with two additional conditions upon Defendant's release on bond. First, Defendant may not leave the state without notifying the Court. Second, the Defendant shall have a GPS tracking device placed on her person prior to release on bond. Additionally, the court grants the People's request a nationwide extradition warrant.

**THIS CASE REMAINS SET FOR TRIAL THE WEEK OF DECEMBER 6, 2021. STATUS CONFERENCE IS SET FOR NOVEMBER 23, 2021 AT 9:00 AM.**

Dated this 2nd day of November, 2021.

                                                              BY THE COURT:

                                                              Andrew Hartman
                                                              District Court Judge