MyChart - Letters  7/14/21, 6:29 PM

University of Iowa Hospitals & Clinics
Name: Emily Cohen | DOB: 11/28/1979 | MRN: 1564327 | PCP: Jessica Alston, MD

E-FILED  November 2, 2021 10:05 AM
CASE NUMBER: 2014CR437

DATE FILED: July 16, 2021 12:56 PM
FILING ID: 6D8A48E61CEEF
CASE NUMBER: 2014CR437

## Letter Details



**University of Iowa Hospitals & Clinics**

200 Hawkins Drive
Iowa City, Iowa 52242-1086

July 14, 2021

EMILY COHEN
IOWA CITY IA

Re: Emily Cohen
Birth Date: 11/28/1979

## MEDICAL EXCUSE

To Whom it May Concern:

Emily was evaluated by our Respiratory Illness Clinic because of symptoms consistent with COVID-19 on 7/13/21. She was told she is a Covid-positive patient. She must remain quarantined at home, no traveling, until variant results are known.

We appreciate your help in keeping the community safe.

Sincerely,


Caroline Marcotte, ARNP

*This information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making further disclosure of the information without specific written consent of the patient to whom it pertains, or as otherwise permitted by law.*

EXHIBIT
TP
11/2/21
1
BONDHAVING

### Kelly, Anne

| | |
|---|---|
| **From:** | Weisbach, Kristin |
| **Sent:** | Monday, November 1, 2021 1:37 PM |
| **To:** | Kelly, Anne; Sudano, Michelle |
| **Subject:** | FW: [External] Verification of letter authenticity |

Kristin Weisbach
Investigator
Office of the District Attorney- 20th Judicial District
1777 6th St.
Boulder, CO 80302
Office: 303-441-3811
Cell: 720-483-7112



**From:** Rhoads, Tamika S <tamika-s-rhoads@uiowa.edu>
**Sent:** Monday, November 1, 2021 13:02
**To:** Weisbach, Kristin <kweisbach@bouldercounty.org>
**Subject:** [EXTERNAL] RE: [External] Verification of letter authenticity

Hello Kristin,

We would like to verify that on behalf of Dr. Jessica Alston, she did not write the attached letter. This letter is considered invalid.

Thanks,
Tamika Rhoads, RN

**From:** Moore, Laura K <laura-moore@uiowa.edu>
**Sent:** Monday, November 1, 2021 1:32 PM
**To:** Rhoads, Tamika S <tamika-s-rhoads@uiowa.edu>
**Subject:** FW: [External] Verification of letter authenticity

**From:** Weisbach, Kristin <kweisbach@bouldercounty.org>
**Sent:** Monday, November 1, 2021 1:13 PM
**To:** Moore, Laura K <laura-moore@uiowa.edu>
**Subject:** [External] Verification of letter authenticity

1

Good afternoon,

As discussed on the phone, I am attaching a letter that we received from Emily Cohen (DOB 11/28/1979) indicating she tested positive for COVID on 10/28/2021. Our office is not requesting any additional HIPAA protected information. We are only requesting that your office authenticate the validity of the letter.

Please feel free to contact me with any questions or concerns.

Thank you

Kristin Weisbach
Investigator
Office of the District Attorney- 20th Judicial District
1777 6th St.
Boulder, CO 80302
Office: 303-441-3811
Cell: 720-483-7112



Notice: This UI Health Care e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy all copies of the original message and attachments thereto. Email sent to or from UI Health Care may be retained as required by law or regulation. Thank you.

2

**EXHIBIT F**

# Letter Details



**University of Iowa Health Care**

11/01/2021

To Whom it May Concern:

Emily Cohen tested positive for COVID-19 on 10/28/2021. She has been vaccinated. She can still be infectious. Today Emily has a fever and is therefore ordered to stay home until she is afebrile for 48 hours.

Thank you,

Jessica Alston MD

*This information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making further disclosure of the information without specific written consent of the patient to whom it pertains, or as otherwise permitted by law.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

https://mychart.uihealthcare.org/MyChart/inside.asp?mode=letterdetails&id=4                    Page 1 of 1

**EXHIBIT F**

DATE FILED: July 28, 2021 8:11 PM
FILING ID: FCA4D5C75AE65
CASE NUMBER: 2014CR437

University of Iowa Hospitals & Clinics
Name: Emily Cohen | DOB: 11/28/1979 | MRN: 15642327 | PCP: Jessica Alston, MD

## Letter Details



07/27/2021

To Whom it May Concern:

Emily Cohen tested positive for COVID-19 on 07/13/2021. Her symptoms began on 07/12/2021. She is still infectious. Emily has a fever and is therefore ordered to stay home until she is afebrile for 48 hours.

She can test positive for 90 days.

Thank you,

Maddie Ferguson PA-C

*This information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making further disclosure of the information without specific written consent of the patient to whom it pertains, or as otherwise permitted by law.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

