
**EXHIBIT G**

| District Court, Boulder County, State of Colorado<br>1777 Sixth Street, Boulder, Colorado 80302<br>(303) 441-3792 | DATE FILED: November 23, 2021 11:29 AM<br>CASE NUMBER: 2014CR437 |
|---|---|
| **PEOPLE OF THE STATE OF COLORADO**<br><br>v.<br><br>**EMILY ELIZABETH COHEN**<br>AKA: Emily E. Andrade<br>Defendant | ▲ **COURT USE ONLY** ▲ |
| *Attorney for the People:* Anne Kelly, Michelle Sudano<br>*Attorney for Defendant:* Pro Se | Case Number: **2014CR437**<br><br>Division: **2**   Courtroom: **P** |
| **MINUTE ORDER: TRIAL READINESS HEARING** ||

On November 23, 2021, the following actions took place in the above captioned case. The Clerk is directed to enter these proceedings in the register of actions:

**COURT REPORTER:** FTR

**APPEARANCES:**

1. Anne Kelly and Michelle Sudano appears on behalf of the People.
2. Emily Cohen ("Defendant") appears in custody by Webex.

**COURT ORDERS/ACTIONS:**

THIS MATTER comes before the Court for a Trial Readiness Hearing. The Court makes the following findings and issues the following orders on trial matters:

1. Defendant wishes to proceed to jury trial, scheduled to commence 12/06/2021. Defendant is currently challenging the nationwide extradition warrant granted by the Court on 11/02/2021.

2. The Court notes that due to timing constraints, Defendant cannot both procced to jury trial as scheduled while also maintaining her challenge to the extradition warrant.

3. Defendant agrees to waive her challenge to the extradition warrant and wishes to proceed to jury trial as scheduled on 12/06/2021.

4. The People state they are prepared to proceed with trial as scheduled.

5. The Court orders that the People shall coordinate with Defendant and the Boulder County Jail to facilitate Defendant's appearance at trial in non-jail clothing (street clothes), as required under *Estelle v. Williams*, 425 U.S. 501 (1976).

Date: 11/23/2021

BY THE COURT:

_____
Andrew Hartman
District Court Judge