# OFFICE OF THE STATE COURT ADMINISTRATOR



**Steven Vasconcellos**
*State Court Administrator*

**Terri Morrison**
*Judicial Legal Counsel*

**DIRECTORS**

**Brenidy Rice**
*Court Services*

**Marty Galvin**
*Financial Services*

**Chad Cornelius, CIO**
*Information Technology Services*

**Glenn Tapia**
*Probation Services*

**ACTING DIRECTOR**

**Melanie Ulrich**
*Human Resources*

December 15, 2021

DATE FILED: December 17, 2021 10:43 AM
CASE NUMBER: 2021CR1982

The Honorable Stephen E. Howard
Senior Judge

Dear Judge Howard:

It has been represented to this office by the 20th Judicial District that the judges of that court have disqualified themselves in Boulder County District Court Case No. 21CR1982, People v. Emily Cohen.

Pursuant to the authority delegated to me by the Chief Justice and the provisions of Section 24-51-1105, C.R.S., you are assigned to Boulder County District Court to schedule, hear and rule upon all further matters in the above referenced case(s). You are also authorized to hear district court matters and perform duties as the chief judge may assign on the date that you will be present to handle the case(s) noted above.

Sincerely,

Steven Vasconcellos
State Court Administrator

SV/sr

cc:  Chief/Presiding Judge
     Court Executive