# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:21-cv-01782-LTB-GPG

Cohen v. State of Colorado et al
Assigned to: Judge Lewis T. Babcock
Referred to: Magistrate Judge Gordon P. zzz_Gallagher-MJ
Demand: $350,000
Cause: 42:12131 American with Disabilities Act (ADA-Accommodations)

Date Filed: 06/29/2021
Date Terminated: 12/07/2021
Jury Demand: Plaintiff
Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**Emily Cohen**
*[Pro Se E-Filer, effective 7/22/2021]*

represented by **Emily Cohen**
820 Maggard Street
Iowa City, IA 52240
319-541-4577
Email: emilycohenboulder@gmail.com
PRO SE

V.

**Defendant**

**State of Colorado**
*Attorney General Phil Weiser in his official capacity as Attorney General*

**Defendant**

**Colorado Supreme Court Office ARC**
*Regulation Counsel Jessica Yates, in her official capacity as Regulation Counsel*

**Defendant**

**20th Judicial District (Boulder) Court**
*Judge Andrew Hartman in his official capacity as District Court Judge*

**Defendant**

**20th Judicial District Attorney's Office**
*District Attorney Michael Dougherty, in his official capacity as Elected District Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2021 | 1 | COMPLAINT against 20th Judicial District (Boulder) Court, 20th Judicial District Attorney's Office, Colorado Supreme Court Office A.R.C., State of Colorado, filed by Emily Cohen. (Attachments: # 1 Civil Cover Sheet)(jsalz, ) (Entered: 06/30/2021) |

| | | |
|---|---|---|
| 06/29/2021 | 2 | Application to Proceed in District Court Without Prepaying Fees or Costs. by Plaintiff Emily Cohen. (jsalz, ) (Entered: 06/30/2021) |
| 06/29/2021 | 3 | Case assigned to Magistrate Judge Gordon P. Gallagher. Text Only Entry (jsalz, ) (Entered: 06/30/2021) |
| 07/01/2021 | 4 | ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES within thirty (30) days from the date of this Order. Any papers that Plaintiff files in response to this Order must be labeled with the civil action number identified on this Order, by Magistrate Judge Gordon P. Gallagher on 7/1/2021. (evana, ) (Entered: 07/01/2021) |
| 07/13/2021 | 5 | Mail Returned as Undeliverable re: 1 Complaint, 2 Application to Proceed in District Court Without Prepaying Fees or Costs., 3 Case Assigned to Judge Addressed to Emily Cohen. (evana, ) (Entered: 07/13/2021) |
| 07/13/2021 | 6 | Mail Returned as Undeliverable re: 4 Order, Addressed to Emily Cohen. (evana, ) (Entered: 07/13/2021) |
| 08/02/2021 | 7 | FIRST AMENDED COMPLAINT as ordered to cure against All Defendants, filed by Emily Cohen.(Cohen, Emily) (Entered: 08/02/2021) |
| 08/02/2021 | 8 | SUMMONS REQUEST as to STATE OF COLORADO, Attorney General Phil Weiser, in his official capacity as Attorney General, COLORADO SUPREME COURT OFFICE A.R.C., Regulation Counsel Jessica Yates, in her official capacity as Regulation Counsel, 20TH JUDICIAL DISTRICT (BOULDER) COURT, Judge Andrew Hartman, in his official capacity as District Court Judge, 20TH JUDICIAL DISTRICT ATTORNEYS OFFICE, District Attorney Michael Dougherty, in his official capacity as Elected District Attorney, by Plaintiff Emily Cohen. (Cohen, Emily) (Entered: 08/02/2021) |
| 08/04/2021 | 9 | SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES within thirty (30) days from the date of this Order. Any papers that Plaintiff files in response to this Order must be labeled with the civil action number identified on this Order. That Plaintiff's Request for Summons (ECF No. 8 ) is denied as premature and unnecessary, by Magistrate Judge Gordon P. Gallagher on 8/4/2021. (evana, ) (Entered: 08/04/2021) |
| 09/06/2021 | 10 | AMENDED COMPLAINT *Curing deficiencies* against 20th Judicial District (Boulder) Court, 20th Judicial District Attorney's Office, Colorado Supreme Court Office ARC, State of Colorado, filed by Emily Cohen.(Cohen, Emily) (Entered: 09/06/2021) |
| 09/09/2021 | 11 | ORDER that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2 ) is GRANTED, by Magistrate Judge Gordon P. Gallagher on 9/9/2021.(evana, ) (Entered: 09/09/2021) |
| 10/05/2021 | 12 | ORDER DIRECTING PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT within thirty (30) days from the date of this order, a Third Amended Complaint on the court-approved Complaint form. Plaintiff is informed that the thirty (30) day deadline means the Clerk of Court must receive her amended pleading by the deadline, by Magistrate Judge Gordon P. Gallagher on 10/5/2021. (evana, ) (Entered: 10/05/2021) |
| 11/12/2021 | 13 | MINUTE ORDER Pursuant to D.C.COLO.LCivR 8.1, the Clerk of Court is directed to assign this matter to Senior Judge Lewis T. Babcock. The undersigned will remain as the assigned magistrate judge, by Magistrate Judge Gordon P. Gallagher on 11/12/2021. (evana, ) (Entered: 11/12/2021) |
| 11/15/2021 | 14 | ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE. This action is under review pursuant to D.C.COLO.LCivR 8.1. Pursuant to 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1, United States Magistrate Judge Gordon P. |

| | | |
|---|---|---|
| | | Gallagher is designated to conduct proceedings in this civil action, by Judge Lewis T. Babcock on 11/15/2021. (evana, ) (Entered: 11/15/2021) |
| 11/16/2021 | 15 | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE that the Second Amended Complaint and this action be dismissed without prejudice based on the Rooker-Feldman doctrine. That, in the alternative, the Second Amended Complaint and the action be dismissed without prejudice for failure to comply with Rule 8 of the Federal Rules of Civil Procedure, by Magistrate Judge Gordon P. Gallagher on 11/16/2021. (evana, ) (Entered: 11/16/2021) |
| 12/07/2021 | 16 | ORDER that the Recommendation of United States Magistrate Judge (ECF No. 15 ) is accepted and adopted. That the Second Amended Complaint and this action are dismissed without prejudice based on the Rooker-Feldman doctrine. That, in the alternative, the Second Amended Complaint and the action are dismissed without prejudice for failure to comply with Rule 8 of the Federal Rules of Civil Procedure. That leave to proceed in forma pauperis on appeal is DENIED WITHOUT PREJUDICE, by Judge Lewis T. Babcock on 12/7/2021.(evana, ) (Entered: 12/07/2021) |
| 12/07/2021 | 17 | JUDGMENT re: 16 Order on Report and Recommendations, by Clerk on 12/7/2021. (evana, ) (Entered: 12/07/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/21/2023 17:29:45 | | | |
| **PACER Login:** | lauren.davison | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-01782-LTB-GPG |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |