| | |
|---|---|
| District Court, Boulder County, State of Colorado<br>1777 6th Street, Boulder, Colorado 80302<br>(303) 441-3748 | DATE FILED: March 8, 2022 10:19 AM<br>FILING ID: F7EDAE8F91319<br>CASE NUMBER: 2021CR1982 |
| People of the State of Colorado<br><br>vs.<br><br>EMILY COHEN | ▲COURT USE ONLY▲ |
| Co-counsel for Ms. Cohen:<br><br>Mary Claire Mulligan, Reg. No. 21988<br>89 Gold Trail, Boulder CO 80302<br>(303) 898-0381<br>mcmulligan@me.com | Case Number: 21 CR 1982<br><br>Division<br>Courtroom |
| **ENTRY OF APPEARANCE** | |

Mary Claire Mulligan hereby enters her appearance as court-appointed co-counsel for Ms. Cohen.

March 8, 2022

_[signature]_

_____
Mary Claire Mulligan
Attorney Registration Number 21988
89 Gold Trail, Boulder CO 80302
(303) 898-0381
mcmulligan@me.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing pleading using the Colorado Courts E-Filing system, which will send notification to the prosecution.

1

**EXHIBIT L**

_____
Mary Claire Mulligan, Reg. No. 21988
89 Gold Trail, Boulder CO 80302
(303) 898-0381
mcmulligan@me.com

**EXHIBIT L**

| | |
|---|---|
| County Court, Boulder County, Colorado<br>Court Address: Boulder County Justice Center<br>1777 Sixth Street<br>Boulder, Colorado 80302 | DATE FILED: September 23, 2022 4:09 PM<br>FILING ID: F1FE97BCE0CB1<br>CASE NUMBER: 2021CR1982 |
| People of the State of Colorado<br>Plaintiff<br><br>v.<br><br>**EMILY COHEN**,<br>Defendant | COURT USE ONLY |
| Kathleen McGuire, Reg. No. 24686<br>The McGuire Law Office, LLC<br>PO Box 461198, Aurora CO 80046<br>303-921-9983<br>kmcguire@kathleenmcguirelaw.com | Case Number: **21CR1982**<br><br>Division:  **COC** |
| **ENTRY OF APPEARANCE<br>AND REQUEST FOR DISCOVERY** | |

    Kathleen McGuire with The McGuire Law Office, LLC, hereby enters her appearance as counsel for the defendant, and also moves for an Order under Crim.P. 16(I)(a)(b)and(c) and under the United States and Colorado Constitutions, directing the prosecuting attorney to immediately produce for examination and copying by defense counsel any of the following material which is in the custody or control of the prosecuting attorney or any person who participated in the investigation and evaluation of this case:

1. All police and investigator reports, including written or recorded statements of all witnesses, the accused, and any co-defendants.

2. All transcripts of grand jury testimony and all tangible evidence presented to the grand jury in connection with this case.

3. Any reports or statements of experts made in connection with this case, including, but not limited to, results of physical or mental examinations and of scientific tests, experiments, or comparisons.

4. Any books, papers, documents, photographs, or tangible objects held as evidence in connection with this case.

5. Any record of prior criminal convictions of the accused, any co-defendant, or any person the prosecuting attorney intends to call as a witness in this case.

6. Any relevant material or information provided by an informant, the nature of such material or information, and the compensation made to said informant.

7. Any promise, benefit, or other inducement made by the government to any witness, prospective witness, or other person in exchange for such person's testimony or aid in this case.

8. All tapes and transcripts of any electronic surveillance (including wiretaps) or conversations involving the accused, any co-defendant, or witness in this case.

9. Any material or information which might tend to negate the guilt of the defendant, be relevant to the credibility or impeachment of prosecution witnesses, or would tend to reduce the defendant's punishment.

Respectfully submitted this 23rd day of September, 2022.

    */s/ Kathleen McGuire*
Kathleen McGuire, Reg. No. 24686
The McGuire Law Office, LLC

## CERTIFICATE OF SERVICE

      I certify that on 9/23/22, I served a true and correct copy of the foregoing ENTRY OF APPEARANCE AND REQUEST FOR DISCOVERY via Colorado E-File System, addressed to the following: Boulder County District Attorney's Office

                                              */s/ Kathleen McGuire*
                                              Kathleen McGuire

| | |
|---|---|
| **BOULDER DISTRICT COURT, COLORADO**<br>1777 6th Street, Boulder, CO 80302<br>Phone: 303/441-3750 | |
| **People of the State of Colorado**<br><br>v.<br><br>**Defendant: EMILY COHEN** | DATE FILED: July 28, 2022 4:19 PM<br>FILING ID: C8D190A561F2C<br>CASE NUMBER: 2021CR1982<br><br>**COURT USE ONLY** |
| Attorney or Party Without Attorney (Name and Address):<br>Alternate Defense Counsel<br>LFM Defense<br>Robert Werking– Atty. Reg. #22106<br>5200 DTC Pkwy, Suite 410<br>Greenwood Village, CO 80111<br>Phone Number: 720/644-5342    Fax Number: 720/489-3810<br>E-mail: Rob@lfmdefense.com | Case Number: 21CR1982<br><br>Division: COC<br><br>Courtroom: |
| **ENTRY OF APPEARANCE / REQUEST FOR DISCOVERY / 16-3-309 NOTICE TO STATE / REQUEST NOTICE OF 404 EVIDENCE** | |

Robert Werking, an attorney duly licensed to practice law in the State of Colorado, hereby enters her appearance as counsel on behalf of Emily Cohen.

Ms. Cohen, respectfully requests discovery as provided by the Colorado Rules of Criminal Procedure, Rule 16, for which no motion is needed.

Ms. Cohen, hereby gives notice to the State and the Court, pursuant to C.R.S. § 16-3-309(5), requiring all employees and technicians of any criminalistic laboratory, which come under the purview of § 16-3-309, to be present and testify in person at trial. Ms. Cohen, also gives notice that, pursuant to constitutional guarantees that she will be able to confront the witnesses against her throughout this prosecution, she objects to the admission into evidence of the results of any criminalistic laboratory without the personal testimony of the appropriate employees and technicians, whether at trial on the merits, sentencing hearing, if any, or at any pretrial hearings. *U.S. Const.* Amends. VI, XIV; *Colo. Const.* Art. II, § 16.

Pursuant to C.R.E. 404(b), Ms. Cohen requests reasonable notice from the prosecution in advance of trial of any intent to introduce any evidence subject to C.R.E. 404(b).

                                                Respectfully submitted,

                                                /s/ Robert Werking
                                                Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this <u>Thursday, July 28, 2022</u>, a true and correct copy of the above and foregoing was filed on Colorado E-Filing.

Boulder County District Attorney
PO Box 471
Boulder, CO 80306

<u>/s/ Jessica Hosler</u>
Paralegal
LFM Defense