IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN,<br><br>      Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA, an Iowa municipality, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, et al.,<br><br>      Defendants. | Case No. 23-cv-00073-SMR-WPK<br><br>**APPEARANCE OF DANIEL M. MORGAN** |

    Daniel M. Morgan of Lynch Dallas, P.C., enters his appearance on behalf of Defendants Johnson County Sheriff's Department, Johnson County, Iowa, Michael Hynes, John Good, Demetrius Marlowe (who are not City of Iowa City officers), Janet Lyness, Rachel Zimmerman-Smith, Susie Nehring and David Van Compernolle.

    /s/ Daniel M. Morgan
DANIEL M. MORGAN, AT0013452
LYNCH DALLAS, P.C.
526 Second Avenue SE
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone: 319.365.9101
Facsimile: 319.365.9512
E-Mail: dmorgan@lynchdallas.com

ATTORNEY FOR DEFENDANTS
JOHNSON COUNTY SHERIFF'S
DEPARTMENT, JOHNSON COUNTY, IOWA,
MICHAEL HYNES, JOHN GOOD, DEMETRIUS
MARLOWE, JANET LYNESS, RACHEL
ZIMMERMAN-SMITH AND SUSIE NEHRING