UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **EMILY COHEN**, | ) |
| Plaintiff, | ) No. 3:23-cv-00073-SMR-WPK |
| v. | ) |
| **CITY OF IOWA CITY**, et al., | ) **APPEARANCE OF COUNSEL** |
| Defendant. | ) |

The undersigned attorney hereby enters her appearance on behalf of Defendants City of Iowa City and Ian Alke.

Respectfully submitted,

*/s/ Elizabeth J. Craig*
Elizabeth J. Craig            AT0008972
Assistant City Attorney
410 E. Washington Street
Iowa City, IA 52240
(319) 356-5030
icattorney@iowa-city.org
ATTORNEY FOR DEFENDANTS CITY OF
IOWA CITY AND FOR IAN ALKE

---

I certify on **January 31, 2024**, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Iowa by using the CM/ECF system.

I also certify that if participants in the case are registered CM/ECF users, service will be accomplished by the CM/ECF system. If not, then by regular U.S. Mail.

*/s/ Mary McChristy*