IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN,<br><br>Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA, an Iowa municipality, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, et al.,<br><br>Defendants. | Case No. 23-cv-00073-SMR-WPK<br><br>**JOHNSON COUNTY DEFENDANTS' MOTION FOR ADDITIONAL TIME TO ANSWER AND/OR RESPOND TO COMPLAINT**<br><br>**RESISTED BY PLAINTIFF** |

For their Motion for Additional Time to Answer and/or Respond to Complaint, Defendants Johnson County Sheriff's Department, Johnson County, Iowa, Michael Hynes, John Good, Demetrius Marlowe, Janet Lyness, Rachel Zimmerman-Smith, Susie Nehring and David M. VanCompernolle ("Johnson County Defendants") state:

1. October 31, 2023, Plaintiff filed her Complaint.

2. January 25, 2024, Plaintiff apparently served the Johnson County Defendants.

3. January 31, 2024, the undersigned appeared on behalf of the County Defendants.

4. The Plaintiff's Complaint is over 200 paragraphs and brings approximately 10 claims against 38 defendants, often without differentiating among Defendants.

5. Johnson County Defendants request additional time to file an Answer and/or respond to the Complaint to on or before March 29, 2024.

6. Good cause exists for this additional time in order for Defendants and their attorney to continue their investigation into the lawsuit's allegations, in addition to preexisting commitments and workloads of the numerous defendants.

7. No party would be prejudiced by a short delay in answering or responding.

8. January 31, 2024, the undersigned called Plaintiff and also sent her an email at [emilycohenboulder@gmail.com](mailto:emilycohenboulder@gmail.com) regarding the requested extension. Plaintiff opposes the request. The other Defendants do not resist.

WHEREFORE, for the reasons stated above, Johnson County Defendants request the court grant their Motion for Additional Time to Answer and/or Respond to Complaint to on or before March 29, 2024.

　　　　　　　　　　　　　　　　　　/s/ Wilford H. Stone
　　　　　　　　　　　　　　　　　　WILFORD H. STONE, AT0007699
　　　　　　　　　　　　　　　　　　LYNCH DALLAS, P.C.
　　　　　　　　　　　　　　　　　　526 Second Avenue SE
　　　　　　　　　　　　　　　　　　P.O. Box 2457
　　　　　　　　　　　　　　　　　　Cedar Rapids, Iowa 52406-2457
　　　　　　　　　　　　　　　　　　Telephone: 319.365.9101
　　　　　　　　　　　　　　　　　　Facsimile: 319.365.9512
　　　　　　　　　　　　　　　　　　E-Mail: wstone@lynchdallas.com

　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANTS
　　　　　　　　　　　　　　　　　　JOHNSON COUNTY SHERIFF'S
　　　　　　　　　　　　　　　　　　DEPARTMENT, JOHNSON COUNTY, IOWA,
　　　　　　　　　　　　　　　　　　MICHAEL HYNES, JOHN GOOD, DEMETRIUS
　　　　　　　　　　　　　　　　　　MARLOWE, JANET LYNESS, RACHEL
　　　　　　　　　　　　　　　　　　ZIMMERMAN-SMITH, SUSIE NEHRING AND
　　　　　　　　　　　　　　　　　　DAVID M. VANCOMPERNOLLE