IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA, an Iowa municipality, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-00073-SMR-WPK<br><br>**IOWA CITY DEFENDANTS' MOTION FOR ADDITIONAL TIME TO ANSWER AND/OR RESPOND TO COMPLAINT**<br><br>**RESISTED BY PLAINTIFF** |

　　　　For their Motion for Additional Time to Answer and/or Respond to Complaint, Defendants City of Iowa City and Ian Alke ("Iowa City Defendants") state:

　　　　1.　　October 31, 2023, Plaintiff filed her Complaint.

　　　　2.　　January 25, 2024, Plaintiff apparently served the City of Iowa City.

　　　　3.　　January 31, 2024, the undersigned appeared on behalf of the Iowa City Defendants.

　　　　4.　　The Plaintiff's Complaint is over 200 paragraphs and brings approximately 10 claims against 38 defendants, often without differentiating among Defendants.

　　　　5.　　Iowa City Defendants request additional time to file an Answer and/or respond to the Complaint to on or before March 29, 2024.

　　　　6.　　Good cause exists for this additional time in order for Defendants and their attorneys to continue their investigation into the lawsuit's allegations, in addition to preexisting commitments and workloads of the defendants.

7.       No party would be prejudiced by a short delay in answering or responding.

8.       February 2, 2024, the undersigned emailed Plaintiff at emilycohenboulder@gmail.com regarding the requested extension. Plaintiff opposes the request. The other Defendants do not resist.

WHEREFORE, for the reasons stated above, Iowa City Defendants request the court grant their Motion for Additional Time to Answer and/or Respond to Complaint to on or before March 29, 2024.

Respectfully submitted,

*/s/ Elizabeth J. Craig*_____
Elizabeth J. Craig             AT0008972
Assistant City Attorney

*/s/ Jennifer L. Schwickerath*_____
Jennifer L. Schwickerath    AT0008841
Assistant City Attorney
410 E. Washington Street
Iowa City, IA 52240
(319) 356-5030
icattorney@iowa-city.org
ATTORNEYS FOR CITY OF IOWA CITY
AND IAN ALKE

I certify on **February 2, 2024,** I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Iowa by using the CM/ECF system.

I also certify that if participants in the case are registered CM/ECF users, service will be accomplished by the CM/ECF system. If not, then by regular U.S. Mail.

*/s/ Mary McChristy*