IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| EMILY COHEN,<br><br>        Plaintiff,<br><br>vs.<br><br>IOWA CITY, Iowa municipality, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, et al.,<br><br>        Defendants. | Case No. 3:23-CV-00073-SMR-WPK |

## ENTRY OF APPEARANCE

COMES NOW, Brandon W. Lobberecht of Betty, Neuman & McMahon, P.L.C., and hereby enters his appearance on behalf of Defendant, City of Boulder, Colorado.

BETTY, NEUMAN & McMAHON, P.L.C.

By:   */s/ Brandon W. Lobberecht*
         Brandon W. Lobberecht  AT0011918

1900 East 54th Street
Davenport, IA 52807-2708
T: 563-326-4491
F: 563-326-4498
E: Brandon.Lobberecht@bettylawfirm.com

**ATTORNEYS FOR DEFENDANT CITY OF BOULDER, COLORADO**

## CERTIFICATE OF SERVICE FOR ELECTRONIC FILINGS

I hereby certify that on     February 9, 2024    , I electronically filed the foregoing document with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by Email upon the following:

Emily Cohen
820 Maggard Street
Iowa City, Iowa 52240
**PRO SE PLAINTIFF**

Elizabeth J. Craig
Jennifer L. Schwickerath
Iowa City City Attorney's Office
410 E. Washington
Iowa City, Iowa 52240
E: lcraig@iowa-city.org
   jennifer-schwickerath@iowa-city.org
**ATTORNEYS FOR DEFENDANTS**
**IOWA CITY, IOWA AND IAN ALKE**

Wilford H. Stone
Daniel Mark Morgan
LYNCH DALLAS, PC
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
E: wstone@lynchdallas.com
   dmorgan@lynchdallas.com
**ATTORNEYS FOR DEFENDANTS JOHNSON CO. SHERIFF DEPT., JOHNSON CO., IOWA, MICHAEL HYNES, JOHN GOOD, JANET LYNESS, RACHEL ZIMMERMAN SMITH, SUSI NEHRING AND DAVID VAN COMPERNOLLE**

Benjamin R. Merrill
BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE, PLC
666 Grand Avenue, Suite 2000
Des Moines, Iowa 50309
E: ben.merrill@brownwinick.com
**ATTORNEY FOR DEFENDANT**
**MICHAEL DOUGHERTY**

Colin James Mayberry
David Hughes
Boulder County Attorney's Office
P.O. Box 471
Boulder, Colorado 80306
E: cmayberry@bouldercounty.org
   dhughes@bouldercounty.org
*Pro Hac Vice*
**ATTORNEYS FOR DEFENDANT**
**MICHAEL DOUGHERTY**

                                                */s/ Brandon W. Lobberecht*