IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| EMILY COHEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IOWA CITY, Iowa municipality, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, et al.,<br><br>　　　　Defendants. | Case No. 3:23-CV-00073-SMR-WPK |

**DEFENDANT CITY OF BOULDER, COLORADO'S
<u>UNRESISTED</u> MOTION FOR EXTENSION OF TIME TO
FILE RESPONSIVE PLEADING**

**COMES NOW**, Defendant, City of Boulder, Colorado, by and through its attorneys Betty, Neuman & McMahon, P.L.C. and Attorney Luis Toro (*Pro Hac Vice*), and for its Unresisted Motion for Extension of Time to File Responsive Pleading states:

　　1.　　Plaintiff filed her Complaint in the above-captioned matter on October 31, 2023.

　　2.　　Defendant City of Boulder, Colorado received the Complaint on January 26, 2024 through the City Manager's office.

　　3.　　The Plaintiff's Complaint is over 200 paragraphs in length and asserts various theories of liability/claims against 38 defendants, often without differentiating between Defendants.

　　4.　　Defendant City of Boulder, Colorado requests additional time to file a responsive pleading to the Complaint. Defendant calculates its original response pleading deadline to be February 16, 2024, and it requests a twenty-one (21) day extension, or until March 8, 2024, to file a responsive pleading to the Complaint.

5. Good cause exists for this additional time in order to allow for Defendant and its attorneys to continue their investigation into the Complaint's allegations, in addition to their preexisting workloads.

6. This extension of time will not materially prejudice any party or the Court.

7. On February 12, 2024 the undersigned e-mailed Plaintiff a emilycohenboulder@gmail.com regarding this extension request. Plaintiff responded on February 12, 2024 via e-mail that she does not resist/oppose this Defendant's extension request.

**WHEREFORE**, Defendant, City of Boulder, Colorado, requests the Court **GRANT** its Unresisted Motion for Extension of Time to File Responsive Pleading and permit Defendant to file a responsive pleading to the Complaint on or before March 8, 2024.

BETTY, NEUMAN & McMAHON, P.L.C.

By:   /s/ Brandon W. Lobberecht
        Brandon W. Lobberecht  AT0011918

1900 East 54th Street
Davenport, IA 52807-2708
T: 563-326-4491
F: 563-326-4498
E: Brandon.Lobberecht@bettylawfirm.com

&

By:   /s/ Luis Toro
        Luis Toro (*Pro Hac Vice*)

City Attorney's Office
City of Boulder, Colorado
1777 Broadway, 2nd Floor
Boulder, CO 80302
T: 303-441-3020
E: torol@bouldercolorado.gov

**ATTORNEYS FOR DEFENDANT CITY OF BOULDER, COLORADO**

## CERTIFICATE OF SERVICE FOR ELECTRONIC FILINGS

I hereby certify that on <u>February 12, 2024</u>, I electronically filed the foregoing document with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by Email upon the following:

Emily Cohen
820 Maggard Street
Iowa City, Iowa 52240
**PRO SE PLAINTIFF**

Elizabeth J. Craig
Jennifer L. Schwickerath
Iowa City City Attorney's Office
410 E. Washington
Iowa City, Iowa 52240
E: lcraig@iowa-city.org
    jennifer-schwickerath@iowa-city.org
**ATTORNEYS FOR DEFENDANTS
IOWA CITY, IOWA AND IAN ALKE**

Wilford H. Stone
Daniel Mark Morgan
LYNCH DALLAS, PC
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
E: wstone@lynchdallas.com
    dmorgan@lynchdallas.com
**ATTORNEYS FOR DEFENDANTS
JOHNSON CO. SHERIFF DEPT.,
JOHNSON CO., IOWA, MICHAEL
HYNES, JOHN GOOD, JANET
LYNESS, RACHEL ZIMMERMAN
SMITH, SUSI NEHRING AND
DAVID VAN COMPERNOLLE**

Benjamin R. Merrill
BROWN, WINICK, GRAVES, GROSS AND
BASKERVILLE, PLC
666 Grand Avenue, Suite 2000
Des Moines, Iowa 50309
E: ben.merrill@brownwinick.com
**ATTORNEY FOR DEFENDANT
MICHAEL DOUGHERTY**

Colin James Mayberry
David Hughes
Boulder County Attorney's Office
P.O. Box 471
Boulder, Colorado 80306
E: cmayberry@bouldercounty.org
    dhughes@bouldercounty.org
*Pro Hac Vice*
**ATTORNEYS FOR DEFENDANT
MICHAEL DOUGHERTY**

                              <u>  /s/ Brandon W. Lobberecht  </u>