IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| EMILY COHEN,<br><br>    Plaintiff,<br><br>vs.<br><br>IOWA CITY, Iowa municipality, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, et al.,<br><br>    Defendants. | Case No. 3:23-CV-00073-SMR-WPK |

**DEFENDANT CITY OF BOULDER, COLORADO'S
MOTION TO DISMISS**

COMES NOW, Defendant, City of Boulder, Colorado ("Boulder"), through its undersigned counsel, and respectfully moves to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), and alternatively moves for a more definite statement pursuant to Fed. R. Civ. P. 12(e), and in support thereof, states as follows:

1. Pursuant to LR 7(d), Boulder is attaching to this Motion its Brief in Support of its Motion to Dismiss, which is incorporated herein by reference.

2. Boulder is a Colorado municipality, is a foreign municipal entity/corporate body, and has no connection to the State of Iowa.

3. The Plaintiff's Complaint does not allege facts tending to establish that this action arises from any conduct of Boulder occurring in or directed toward residents of the State of Iowa.

4. Consequently, this Court lacks personal jurisdiction, both general and specific jurisdiction, over Boulder and the complaint should be dismissed as to Boulder pursuant to Fed. R. Civ. P. 12(b)(2).

5. In addition, the Complaint fails to state a plausible claim for relief against Boulder and should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6). Leave to amend would be futile because the Complaint does not, and could not, allege that any individual Defendant acted as an agent of Boulder.

6. Alternatively, if Boulder is not dismissed from this lawsuit, it requests that the Court order Plaintiff to amend/replead the Complaint with a more specific statement as to the allegations and claims asserted against Boulder and alleged to have been committed by agents of Boulder, pursuant to Fed. R. Civ. P. 12(e).

WHEREFORE, Defendant City of Boulder, Colorado respectfully requests that the Court enter judgment in its favor and against Plaintiff and dismiss Plaintiff's Complaint against it with prejudice, or alternatively order Plaintiff to amend/replead the Complaint to provide a more definite statement as to her claims against Boulder and the grounds for each, and granting such further relief as the Court deems proper.

Dated this 8th day of March 2024.

                    Respectfully Submitted,

*/s/ Luis A. Toro*
Luis A. Toro, Senior Counsel (*Pro Hac Vice*)
Boulder City Attorney's Office
1777 Broadway
Boulder, CO 80302
Telephone: 303-441-3020
Fax: 303-441-3859
torol@bouldercolorado.gov

&

*/s/ Brandon W. Lobberecht*
Brandon W. Lobberecht
Betty Neuman & McMahon PLC
1900 E. 54th Street
Davenport, IA 52807
Telephone: 563-326-4491
Fax: 563-326-4498
brandon.lobberecht@bettylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March 2024, a true and correct copy of the foregoing **DEFENDANT CITY OF BOULDER, COLORADO'S MOTION TO DISMISS** was furnished through the CM/ECF system or vis US Mail postage pre-paid, to the following:

Via CM/ECF to counsel of record:

Elizabeth J. Craig
Jennifer L. Schwickerat
Iowa City, City Attorney
lcraig@iowa-city.org
jennifer-schwickerath@iowa-city.org
*Attorneys for Iowa City*

David Hughes
Colin James Mayberry
Boulder County Attorney's Office
dhughes@bouldercounty.org
cmayberry@bouldercounty.org

Benjamin R. Merrill
Brown Winick Graves Goss and Baskerville P.L.C.
ben.merrill@brownwinick.com
*Attorneys for Michael Dougherty, Adam Kendall*

Sarah Quigley
Colorado Department of Law
sarah.quigley@coag.gov

and

Via US Mail, postage pre-paid to:
Emily Cohen
820 Maggard Street
Iowa City, IA 52240

Daniel Mark Morgan
Wilford H. Stone
Lynch Dallas PC
dmorgan@lynchdallas.com
wstone@lynchdallas.com
*Attorneys for Johnson County Sheriff's Department, Johnson County, Iowa, John Good, Michael Hynes, Janet Lyness, Demetrius Marlowe, Susi Nehring, Rachel Zimmerman Smith, David Van Compernolle*

Amy Colony
Lauren Davison
Colorado Department of Law
amy.colony@coag.gov
lauren.davison@coag.gov
*Attorneys for Steven Howard*

Michael R. Reck
Paxton J. Williams
BELIN MCCORMICK, P.C.
mrreck@belinmccormick.com
pjwilliams@belinmccormick.com
*Attorneys for Darren Cantor, Linda Frolich, Steven Howard,*

 

*s/ Lisa R. Thompson*
Lisa R. Thompson