IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN,<br><br>　　Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA, an Iowa municipality, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, et al.,<br><br>　　Defendants. | Case No. 23-cv-00073-SMR-WPK<br><br>**JOHNSON COUNTY DEFENDANTS' AMENDED PARTIAL MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 12, Defendants Johnson County Sheriff's Department, Johnson County, Iowa, Michael Hynes, John Good, Demetrius Marlowe (who are not City of Iowa City officers), Janet Lyness, Rachel Zimmermann Smith, Susie Nehring and David Van Compernolle ("Johnson County Defendants") submit this pre-answer motion to dismiss certain claims asserted by Ms. Cohen's Complaint. For the reasons set forth in the attached briefing, the apparent claims listed below[1] fail to state any claim for which relief may be granted or otherwise fail to raise a plausible inference of liability.

- Any and all Iowa Constitutional claims;
- Any and all non-constitutional claims arising under Iowa Law;
- State public records claim;
- Any and all claims for vicarious liability or *Monell* liability;

---

[1] Plaintiff fails to separate her claims by separate counts or sections that are readily identifiable. Consequently, the Johnson County Defendants have no choice but to identify what they believe to be Plaintiff's separate claims.

- Any and all claims arising under the First Amendment (42 U.S.C. § 1983)

- Any and all claims arising under the Fifth and Sixth Amendments (42 U.S.C. § 1983)

- Any claim arising under 42 U.S.C. § 1985

- Any and all claims arising under the ADA or the Rehabilitation Act

The Johnson County Defendants are not moving to dismiss the following apparent claims by Ms. Cohen but reserve the right to move for summary judgment upon discovery's completion: (a) deliberate indifference under the 8th Amendment and (b) unreasonable search under the Fourth Amendment, both brought pursuant to 42 U.S.C. § 1983. Accordingly, the Johnson County Defendants respectfully request that the Court dismiss each of these claims so as to allow this matter to proceed to discovery only on the genuinely disputed issues. *See* Fed. R. Civ. P. 12(b)(6).

/s/ Wilford H. Stone
WILFORD H. STONE, AT0007699
DANIEL M. MORGAN, AT0013452

**LYNCH DALLAS, P.C.**
526 Second Avenue SE
Cedar Rapids, Iowa 52406-2457
Telephone: 319.365.9101
Facsimile: 319.365.9512
E-Mail: wstone@lynchdallas.com
E-Mail: dmorgan@lynchdallas.com

ATTORNEYS FOR JOHNSON COUNTY DEFENDANTS