IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| **EMILY COHEN,** | ) | |
| | ) | No. 3:23-cv-00073 |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **CITY OF IOWA CITY** |
| | ) | **AND OFFICER IAN** |
| | ) | **ALKE'S PRE-ANSWER** |
| **IOWA CITY, IOWA,** | ) | **MOTION TO DISMISS** |
| **JOHNSON COUNTY** | ) | |
| **SHERIFF'S DEPARTMENT,** | ) | |
| **JOHNSON COUNTY, IOWA,** | ) | |
| **OFFICER IAN ALKE, et al,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COME NOW the City of Iowa City and Officer Ian Alke, pursuant to Federal Rules of Civil Procedure 4(m) and 12(b)(5) and (6), and in support of this Pre-Answer Motion to Dismiss state as follows:

1.     On October 31, 2023 Plaintiff Emily Cohen filed a Complaint and Jury Demand in this Court against the City of Iowa City ("Iowa City"), Officer Ian Alke ("Alke"), and 36 other individuals and governmental entities.

2.     Cohen's claims against Iowa City and Alke arise from her arrest on November 2, 2021 in Iowa City by Alke on a Colorado warrant.

3.    Iowa City and Alke understand Cohen's claims against them to include the following:

   a.  Conspiracy, Doc. 1, ¶ 71

   b.  Fourth Amendment Violations, including false arrest and excessive force, Doc. 1 ¶¶ 72, 141, 149, 150.

   c.  State common law claims and claims for violation of rights under the Iowa Constitution Doc. 1, ¶¶ 149-150, 160-163.

   d.  *Monell* claims, Doc. 1, ¶¶ 148, 151-155.

4.    Cohen's Complaint alleges that Alke arrested her pursuant to a facially valid Colorado warrant, which was obtained by Colorado law enforcement officers and signed by a Colorado judge.  Nothing in Cohen's Complaint suggests Alke had reason to believe the warrant was invalid.  Cohen's claims related to her arrest by Alke should be dismissed for failure to state a claim upon which relief may be granted.  Fed. R. Civ. P. 12(b)(6).

5.    Cohen has never personally served Ian Alke with this Complaint. Cohen's claims against Officer Alke should be dismissed for insufficient service of process. Fed. R. Civ. P. 12(b)(5).

6.    Cohen alleges *Monell* claims against Iowa City in her Complaint. Cohen's allegations are conclusory and implausible and should also be dismissed pursuant to Rule 12(b)(6).

7.      Pursuant to Local Rule 7(d), a brief in support of this motion is filed as an attachment herewith.

WHEREFORE, Defendants City of Iowa City and Ian Alke respectfully request this Court grant their motion to dismiss and any other relief deemed appropriate under the circumstances.

Respectfully submitted,


/s/ Elizabeth J. Craig_____
Elizabeth J. Craig        AT0008972
Assistant City Attorney
Iowa City Attorney's Office
410 E. Washington Street
Iowa City, IA 52240
Telephone: (319) 356-5030
E-mail: liz-craig@iowa-city.org
icattorney@iowa-city.org
ATTORNEY FOR DEFENDANTS
CITY OF IOWA CITY and IAN ALKE


I certify on **March 29, 2024,** I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Iowa by using the CM/ECF system.

I also certify that if participants in the case are registered CM/ECF users, service will be accomplished by the CM/ECF system. If not, then by regular U.S. Mail.

/s/ Mary McChristy