IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN,<br><br>　　　Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA, an Iowa municipality, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, et al.,<br><br>　　　Defendants. | Case No. 23-cv-00073-SMR-WPK<br><br>**JOHNSON COUNTY DEFENDANTS' MOTION FOR AN ORDER CONSISTENT WITH THEIR MARCH 20, 2024, AMENDED MOTION TO DISMISS** |

　　　For their Motion for an Order Consistent with their March 20, 2024, Amended Motion to Dismiss, Defendants Johnson County Sheriff's Department, Johnson County, Iowa, Michael Hynes, John Good, Demetrius Marlowe, Janet Lyness, Rachel Zimmermann Smith, Susie Nehring and David Van Compernolle ("Johnson County Defendants") state:

　　　1.　　March 20, 2024, Defendants filed their Amended Motion to Dismiss (ECF 47).

　　　2.　　The Clerk's docket entry stated that any resistance was due by April 3, 2024. Id.

　　　3.　　Local Rule 56(b) requires that any resistance is due 21 days after the motion is served.

　　　4.　　Local Rule 7(f) states that if no timely resistance to a motion is filed, the motion may be granted without notice.

5. To date, Plaintiff has not resisted Johnson County Defendants' properly filed and supported Amended Motion to Dismiss, nor filed any statement indicating whether the motion is or is not resisted.  Plaintiff has filed nothing in relation to the Amended Motion to Dismiss.

WHEREFORE, to date, Plaintiff has failed to timely resist or seek an extension of time to resist Johnson County Defendants' timely filed Amended Motion to Dismiss.  For the reasons stated in their Motion, Johnson County Defendants request that the Court enter an Order granting their Amended Motion to Dismiss.

/s/ Wilford H. Stone
WILFORD H. STONE, AT0007699
DANIEL M. MORGAN, AT0013452

**LYNCH DALLAS, P.C.**
526 Second Avenue SE
Cedar Rapids, Iowa 52406-2457
Telephone: 319.365.9101
Facsimile: 319.365.9512
E-Mail: wstone@lynchdallas.com
E-Mail: dmorgan@lynchdallas.com

ATTORNEYS FOR JOHNSON COUNTY DEFENDANTS