# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

Civil Action No. 3:23-cv-00073-SMR-WPK

EMILY COHEN,

    Plaintiff,

v.

Iowa City, Iowa, an Iowa municipality, et al.

    Defendants.

---

## PLAINTIFF'S MOTION TO FILE *EX PARTE* AND UNDER SEAL

---

Plaintiff Emily Cohen hereby files this Motion to File *Ex Parte* and Under Seal, respectfully moving this Court for leave to file a motion *ex parte* and under seal for the following reasons:

1. Plaintiff's motion contains confidential information that is protected by federal statute.

WHEREFORE, Plaintiff respectfully requests leave to file *ex parte* and under seal.

Dated: April 9, 2024

                                          By:    <u>s/ Emily Cohen</u>
                                          Emily Cohen
                                          820 Maggard Street
                                          Iowa City, IA 52240
                                          Telephone: (319) 541-4577
                                          E-mail: emilycohenboulder@gmail.com
                                          *Plaintiff, pro se*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2024, a copy of the foregoing was mailed to:

| | |
|---|---|
| CITY OF IOWA CITY, IOWA<br>410 E Washington Street<br>Iowa City, IA 52240 | CITY OF BOULDER, COLORADO<br>1777 Broadway Street<br>Boulder, CO 80302 |
| JOHNSON COUNTY SHERIFF'S OFFICE<br>511 S Capitol Street<br>Iowa City, IA 52244 | BOULDER COUNTY SHERIFF'S OFFICE<br>5600 Flatiron Parkway<br>Boulder, CO 80301 |
| JOHNSON COUNTY, IOWA<br>417 S. Clinton Street<br>Iowa City, IA 52240 | BOULDER COUNTY, COLORADO<br>1325 Pearl Street<br>Boulder, CO 80302 |
| IAN ALKE<br>410 E Washington Street<br>Iowa City, IA 52240 | ANDREW HARTMAN<br>1777 Broadway Street<br>Boulder, CO 80302 |
| MICHAEL HYNES<br>410 E Washington Street<br>Iowa City, IA 52240 | ANNE KELLY<br>1777 Broadway Street<br>Boulder, CO 80302 |
| JOHN GOOD<br>410 E Washington Street<br>Iowa City, IA 52240 | **Colin Mayberry**<br>Assistant County Attorney<br>Boulder County Attorney's Office<br>1777 Broadway Street<br>Boulder, CO 80302<br>(303) 441-3855<br>cmayberry@bouldercounty.org<br>*Counsel for:* |
| DEMETRIUS MARLOWE<br>410 E Washington Street<br>Iowa City, IA 52240 | MICHAEL DOUGHERTY<br>1777 Broadway Street<br>Boulder, CO 80302; and<br>ADAM KENDALL<br>1777 Broadway Street<br>Boulder, CO 80302. |
| JANET LYNESS<br>500 S. Clinton Street, Suite 400<br>Iowa City, IA 52244 | |
| RACHEL ZIMMERMAN SMITH<br>500 S. Clinton Street, Suite 400<br>Iowa City, IA 52244 | MICHELLE SUDANO<br>1777 Broadway Street<br>Boulder, CO 80302 |
| SUSI NEHRING<br>500 S. Clinton Street, Suite 400<br>Iowa City, IA 52244 | KRISTIN WEISBACH<br>1777 Broadway Street<br>Boulder, CO 80302 |
| DAVID VAN COMPERNOLLE<br>500 S. Clinton Street, Suite 400<br>Iowa City, IA 52244 | |

CHRIS MERKLE
1777 Broadway Street
Boulder, CO 80302

ELIZABETH ROTHROCK
1777 Broaway Street
Boulder, CO 80302

THOMAS MULVAHILL
1777 Broadway Street
Boulder, CO 80302

NANCY SALAMONE
1777 Broadway Street
Boulder, CO 80302

DINSMORE TUTTLE
1777 Broadway Street
Boulder, CO 80302

GREGORY LYMAN
1777 Broadway Street
Boulder, CO 80302

**Paxton J. Williams**
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309-3989
Direct Dial: (515) 283-4638
Fax: (515) 558-0638
Email: pjwilliams@belinmccormick.com
*Counsel for:*
LINDY FROLICH
1300 Broadway Street, Suite 330
Denver, CO 80203;
DARREN CANTOR
1300 Broadway Street, Suite 330
Denver, CO 80203; and

STEVEN HOWARD
1777 Broadway Street
Boulder, CO 80302.

MARY CLAIRE MULLIGAN
1300 Broadway Street, Suite 330
Denver, CO 80203

WILL MULLIGAN
1300 Broadway Street, Suite 330
Denver, CO 80203

ROBERT WERKING
1300 Broadway Street, Suite 330
Denver, CO 80203

KATHLEEN SINNOTT
1300 Broadway Street, Suite 330
Denver, CO 80203

STANLEY GARNETT
1777 Broadway Street
Boulder, CO 80302

ALEC GARNETT
200 E. Colfax Ave., Rm. 136
Denver, CO 80203

JANE WALSH
1777 Broadway Street
Boulder, CO 80302

KATI ROTHGERY
1300 Broadway Street, Suite 500
Denver, CO 80203


s/ Emily Cohen

Emily Cohen