IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA, an Iowa municipality, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, et al.,<br><br>    Defendants. | Case No. 23-cv-00073-SMR-WPK<br><br>**JOHNSON COUNTY DEFENDANTS' RESISTANCE TO PLAINTIFF'S MOTION TO FILE *EX PARTE* AND UNDER SEAL** |

For their Resistance to Plaintiff's Motion to File *Ex Parte and Under Seal,* Defendants Johnson County Sheriff's Department, Johnson County, Iowa, Michael Hynes, John Good, Demetrius Marlowe, Janet Lyness, Rachel Zimmermann Smith, Susie Nehring and David Van Compernolle ("Johnson County Defendants") state:

1. On March 20, 2024, the County Defendants filed a partial motion to dismiss with supporting documents (Doc. 47) and the Court set a response deadline of April 3, 2024.

2. April 3, 2024, came and went without any response or motion from Plaintiff, Ms. Cohen.

3. On April 4, 2024, the County Defendants filed a motion for order consistent with their March 20, 2024, amended motion to dismiss (Doc. 50) and the Court set a response deadline of April 18, 2024.

4. On April 9, 2024, Ms. Cohen filed a motion to file ex parte and under seal stating "Plaintiff's motion contains confidential information that is protected by federal statute." (Doc. 51).

5. Ms. Cohen's motion does not identify *what* type of motion she is intending to file, nor *which* federal statute serves as the basis for her request to seal which makes it functionally impossible for the County Defendants to accurately respond to the request.

6. However, the County Defendants assume Ms. Cohen may be planning to file a motion for additional time to respond to the County Defendant's partial motion to dismiss.

7. To the extent Ms. Cohen is making a request for additional time, her request is delinquent and should be denied.

8. The County Defendants filed their partial motion to dismiss on March 20, 2024, with responses due April 4, 2024, meaning Ms. Cohen had 14 days to contact the County Defendants and request an extension of time to respond. Ms. Cohen failed to avail herself of any of those days.

WHEREFORE, for the reasons stated above, Johnson County Defendants request that Plaintiff's Motion to File *Ex* Parte and Under Seal be denied.

/s/ Wilford H. Stone
WILFORD H. STONE, AT0007699
DANIEL M. MORGAN, AT0013452

**LYNCH DALLAS, P.C.**
526 Second Avenue SE
Cedar Rapids, Iowa 52406-2457
Telephone: 319.365.9101
Facsimile: 319.365.9512
E-Mail: wstone@lynchdallas.com
E-Mail: dmorgan@lynchdallas.com

ATTORNEYS FOR JOHNSON COUNTY
DEFENDANTS