**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

Civil Action No. 23-cv-00073-SMR-WPK

EMILY COHEN,

    Plaintiff,

v.

IOWA CITY, IOWA an Iowa municipality,
JOHNSON COUNTY SHERIFF'S DEPARTMENT,
JOHNSON COUNTY, IOWA, IAN ALKE, et al.

    Defendants.

## MICHAEL DOUGHERTY AND ADAM KENDALL'S RESISTANCE TO PLAINTIFF'S MOTION TO FILE *EX PARTE* AND UNDER SEAL

Defendants Michael Dougherty and Adam Kendall ("Defendants Dougherty and Kendall") or ("Defendants"), through counsel, state:

1. On December 21, 2023 Defendants filed a motion to dismiss for lack of personal jurisdiction (Doc 27) with a supporting brief (Doc. 27-1).

2. Any resistance by Plaintiff was due on January 4, 2024.

3. As of this date, more than three months after the January 4, 2024 deadline, Plaintiff has not filed any resistance brief.

4. On April 9, 2024, Plaintiff filed a "Motion to File *Ex Parte* and under Seal" stating, "Plaintiff's motion contains confidential information that is protected by federal statute." (Doc. 51).

5. Plaintiff's motion does not identify what type of motion she is intending to file, nor which federal statute serves as the basis for her request to seal.

6. To the extent Plaintiff's motion is responsive to Defendants' motion to dismiss for lack of personal jurisdiction, Defendants oppose, and the Court should deny the request.

Dated this 12th day of April 2024.

Respectfully submitted,

BOULDER COUNTY ATTORNEY

By: */s/ Colin J. Mayberry*
David Hughes
Deputy County Attorney
Colin J. Mayberry
Assistant County Attorney
P.O. Box 471
Boulder, CO 80306
(303) 441-3190
dhughes@bouldercounty.org
(303) 441-3855
cmayberry@bouldercounty.org

*Counsel for Defendants Dougherty and Kendall*