# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

Civil Action No. 3:23-cv-00073-SMR-WPK

EMILY COHEN,

    Plaintiff,

v.

Iowa City, Iowa, an Iowa municipality, et al.

    Defendants.

---

## PLAINTIFF'S MOTION FOR DECLARATORY RELIEF

Plaintiff Emily Cohen hereby files this motion, respectfully moving this Court for an order of declaratory relief under Title II of the Americans with Disabilities Act (42 U.S.C. §§ 12131-12134), Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794), and the regulations and policies set forth by the Judicial Conference of the United States. Plaintiff requests that this Court declare the specific obligations of the United States District Court for the Southern District of Iowa to accommodate individuals with disabilities, including the Plaintiff, in the conduct of its judicial processes. In support of this Motion, Plaintiff states as follows:

1. Plaintiff, an individual with a disability as defined under the ADA and

Section 504, has encountered significant barriers and discrimination in accessing judicial processes. These barriers have impeded the Plaintiff's ability to participate fully and fairly in legal proceedings.

2. Plaintiff has been requesting disability communication accommodations in this Court since the day of filing the Complaint.

3. Plaintiff was directed to contact the Clerk, who advised that his office also handles the role of "Disability Coordinator" for the Court.

4. Plaintiff shared with the Clerk specifically what accommodations Plaintiff needs, how Plaintiff is disabled, and shared willingness to provide the Court with any necessary documentation of her disability.

5. First, Plaintiff was told by the Clerk that she should not have to file a motion.

6. Then, after a time, she was told via email: "there is no clean answer."

7. The process of requesting disability accommodations is confidential. For this reason, Plaintiff filed a motion requesting leave to file a sealed ex parte motion, which was denied today in an order that did not cite disability law or confidentiality law in the bases for its denial, even though the Court was aware of the confidential nature of Plaintiff's motion and that it was due to needing accommodations for her disability in order to be able to access the Court.

8. Plaintiff should not have had to file this public motion.

WHEREFORE, Plaintiff respectfully requests that this Court declare the specific obligations of the United States District Court for the Southern District of Iowa to accommodate individuals with disabilities, including the Plaintiff, in the conduct of its judicial processes, so Plaintiff can follow a "clean answer" to request accommodations.

Dated: April 29, 2024

By: s/ Emily Cohen
Emily Cohen
820 Maggard Street
Iowa City, IA 52240
Telephone: (319) 541-4577
E-mail: emilycohenboulder@gmail.com
*Plaintiff, pro se*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, a copy of the foregoing was mailed to:

CITY OF IOWA CITY, IOWA
410 E Washington Street
Iowa City, IA 52240

JOHNSON COUNTY SHERIFF'S OFFICE
511 S Capitol Street
Iowa City, IA 52244

JOHNSON COUNTY, IOWA
417 S. Clinton Street
Iowa City, IA 52240

IAN ALKE
410 E Washington Street
Iowa City, IA 52240

MICHAEL HYNES
410 E Washington Street
Iowa City, IA 52240

JOHN GOOD
410 E Washington Street
Iowa City, IA 52240

DEMETRIUS MARLOWE
410 E Washington Street
Iowa City, IA 52240

JANET LYNESS
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

RACHEL ZIMMERMAN SMITH
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

SUSI NEHRING
500 S. Clinton Street, Suite 400
Iowa City, IA 52244
DAVID VAN COMPERNOLLE

500 S. Clinton Street, Suite 400
Iowa City, IA 52244

CITY OF BOULDER, COLORADO
1777 Broadway Street
Boulder, CO 80302

BOULDER COUNTY SHERIFF'S OFFICE
5600 Flatiron Parkway
Boulder, CO 80301

BOULDER COUNTY, COLORADO
1325 Pearl Street
Boulder, CO 80302

ANDREW HARTMAN
1777 Broadway Street
Boulder, CO 80302

ANNE KELLY
1777 Broadway Street
Boulder, CO 80302

**Colin Mayberry**
Assistant County Attorney
Boulder County Attorney's Office
1777 Broadway Street
Boulder, CO 80302
(303) 441-3855
cmayberry@bouldercounty.org
*Counsel for:*
MICHAEL DOUGHERTY
1777 Broadway Street
Boulder, CO 80302; and
ADAM KENDALL
1777 Broadway Street
Boulder, CO 80302.

MICHELLE SUDANO
1777 Broadway Street
Boulder, CO 80302

KRISTIN WEISBACH
1777 Broadway Street
Boulder, CO 80302

CHRIS MERKLE
1777 Broadway Street
Boulder, CO 80302

ELIZABETH ROTHROCK
1777 Broaway Street
Boulder, CO 80302

THOMAS MULVAHILL
1777 Broadway Street
Boulder, CO 80302

NANCY SALAMONE
1777 Broadway Street
Boulder, CO 80302

DINSMORE TUTTLE
1777 Broadway Street
Boulder, CO 80302

GREGORY LYMAN
1777 Broadway Street
Boulder, CO 80302

**Paxton J. Williams**
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309-3989
Direct Dial: (515) 283-4638
Fax: (515) 558-0638
Email: pjwilliams@belinmccormick.com
*Counsel for:*
LINDY FROLICH
1300 Broadway Street, Suite 330
Denver, CO 80203;

DARREN CANTOR
1300 Broadway Street, Suite 330
Denver, CO 80203;
and
STEVEN HOWARD
1777 Broadway Street
Boulder, CO 80302.

MARY CLAIRE MULLIGAN
1300 Broadway Street, Suite 330
Denver, CO 80203

WILL MULLIGAN
1300 Broadway Street, Suite 330
Denver, CO 80203

ROBERT WERKING
1300 Broadway Street, Suite 330
Denver, CO 80203

KATHLEEN SINNOTT
1300 Broadway Street, Suite 330
Denver, CO 80203

STANLEY GARNETT
1777 Broadway Street
Boulder, CO 80302

ALEC GARNETT
200 E. Colfax Ave., Rm. 136
Denver, CO 80203

JANE WALSH
1777 Broadway Street
Boulder, CO 80302

KATI ROTHGERY
1300 Broadway Street, Suite 500
Denver, CO 80203

<u>s/ Emily Cohen</u>

Emily Cohen