IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| EMILY COHEN, | ) Case No. 3:23-cv-00073-SMR-WPK |
| Plaintiff, | ) |
| v. | ) |
| IOWA CITY, IOWA, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, MICHAEL HYNES, JOHN GOOD, DEMETRIUS MARLOWE, JANET LYNESS, RACHEL ZIMMERMAN SMITH, SUSI NEHRING, DAVID VAN COMPERNOLLE, DOES, BOULDER, COLORADO, BOULDER COUNTY SHERIFF'S OFFICE, BOULDER COUNTY, COLORADO, ANDREW HARTMAN, ANNE KELLY, MICHAEL DOUGHERTY, MICHELLE SUDANO, ADAM KENDALL, KRISTINE WEISBACH, CHRIS MERKLE, ELIZABETH ROTHROCK, THOMAS MULVAHILL, NANCY SALAMONE, STEVEN HOWARD, DINSMORE TUTTLE, GREGORY LYMAN, LINDY FROLICH, DARREN CANTOR, MARY CLAIRE MULLIGAN, WILL MULLIGAN, ROBERT WERKING, KATHLEENN SINNOT, STANLEY GARNETT, ALEC GARNETT, JANE WALSH, and KATI ROTHGERY, | ) ORDER ON MOTIONS TO DISMISS |
| Defendants. | ) |

Plaintiff Emily Cohen filed this *pro se* complaint against thirty-nine Defendants, mostly municipalities and government employees, located in Iowa and Colorado.  She brings claims pursuant to 28 U.S.C. § 1983 alleging constitutional violations against Defendants arising from her arrest on November 2, 2021.  Cohen was arrested and incarcerated in Iowa City pursuant to a

1

bench warrant issued by a Colorado state court due to her failure to appear in person at a criminal proceeding in the Colorado state court.

The lengthy complaint contains 204 paragraphs of factual allegations. Numerous Defendants have moved to dismiss. [ECF Nos. 27, 30, 45, 47, 49, 50]. Defendants Michael Dougherty, Adam Kendall, Darren Cantor, Lindy Frolich, Judge Stephen Howard, the City of Boulder all move to dismiss for failure to state a claim, arguing that the Court lacks personal jurisdiction over them as residents of Colorado. [ECF Nos. 27, 30, 45]. Defendants Johnson County Sheriff's Department, Johnson County, Iowa, Michael Hynes, John Good, Demetrius Marlowe, Janet Lyness, Rachel Zimmermann Smith, Susie Nehring, and David Van Compernolle filed a joint motion to dismiss. [ECF No. 48]. Cohen has failed to resist all the motions to date.

Upon review of the briefs in support of the motions, the Court concludes that they should be GRANTED for the reasons stated therein. Defendants' Motions to Dismiss are GRANTED. [ECF Nos. 27, 30, 45, 47, 49, 50]. Cohen's Motion for Declaratory Relief is DENIED. [ECF No. 56]. Although none of the remaining 22 Defendants have entered an appearance in this case, the docket does not reflect that Cohen has served them with process. Accordingly, this case is DISMISSED.

IT IS SO ORDERED.

Dated this 21st day of August, 2024.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT