# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| EMILY COHEN<br>Plaintiff/Petitioner - Appellant,<br><br>v.<br><br><br><br><br><br>Iowa City, Iowa, an Iowa municipality, et al.,<br><br>Defendants/Respondent - Appellees. | Case No. _____<br>U.S. District Court<br>Southern District of Iowa<br>Case Action<br>Number 3:23-cv-00073-SMR-WPK |

## NOTICE OF APPEAL

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): EMILY COHEN

2. Position of appellant(s) in the adversary proceeding: PLAINTIFF

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: ORDER OF DISMISSAL, ORDER DENYING MOTION FOR DECLARATORY RELIEF, and FINAL JUDGMENT

2. State the date on which the judgment, order, or decree was entered: August 21, 2024

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

CITY OF IOWA CITY, IOWA
410 E Washington Street
Iowa City, IA 52240

JOHNSON COUNTY
SHERIFF'S OFFICE
511 S Capitol Street
Iowa City, IA 52244

JOHNSON COUNTY, IOWA
417 S. Clinton Street
Iowa City, IA 52240

IAN ALKE
410 E Washington Street
Iowa City, IA 52240

MICHAEL HYNES
410 E Washington Street
Iowa City, IA 52240

JOHN GOOD
410 E Washington Street
Iowa City, IA 52240

DEMETRIUS MARLOWE
410 E Washington Street
Iowa City, IA 52240

JANET LYNESS
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

RACHEL ZIMMERMAN SMITH
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

SUSI NEHRING
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

DAVID VAN COMPERNOLLE
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

CITY OF BOULDER,
COLORADO
1777 Broadway Street
Boulder, CO 80302

BOULDER COUNTY
SHERIFF'S OFFICE
5600 Flatiron Parkway
Boulder, CO 80301

BOULDER COUNTY,
COLORADO
1325 Pearl Street
Boulder, CO 80302

ANDREW HARTMAN
1777 Broadway Street
Boulder, CO 80302

ANNE KELLY
1777 Broadway Street
Boulder, CO 80302

**Colin Mayberry**
Assistant County Attorney
Boulder County Attorney's Office
1777 Broadway Street
Boulder, CO 80302
(303) 441-3855
cmayberry@bouldercounty.org
*Counsel for:*
MICHAEL DOUGHERTY
1777 Broadway Street
Boulder, CO 80302; and
ADAM KENDALL
1777 Broadway Street
Boulder, CO 80302.

MICHELLE SUDANO
1777 Broadway Street
Boulder, CO 80302

KRISTIN WEISBACH
1777 Broadway Street
Boulder, CO 80302

CHRIS MERKLE
1777 Broadway Street
Boulder, CO 80302

ELIZABETH ROTHROCK
1777 Broaway Street
Boulder, CO 80302

THOMAS MULVAHILL
1777 Broadway Street
Boulder, CO 80302

NANCY SALAMONE
1777 Broadway Street
Boulder, CO 80302

DINSMORE TUTTLE
1777 Broadway Street
Boulder, CO 80302

GREGORY LYMAN
1777 Broadway Street
Boulder, CO 80302

**Paxton J. Williams**
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309-3989
Direct Dial: (515) 283-4638
Fax: (515) 558-0638
Email: pjwilliams@belinmccormick.com
*Counsel for:*
LINDY FROLICH
1300 Broadway Street, Suite 330
Denver, CO 80203;

DARREN CANTOR
1300 Broadway Street, Suite 330
Denver, CO 80203;
and
STEVEN HOWARD
1777 Broadway Street
Boulder, CO 80302.

MARY CLAIRE MULLIGAN
1300 Broadway Street, Suite 330
Denver, CO 80203

WILL MULLIGAN
1300 Broadway Street, Suite 330
Denver, CO 80203

ROBERT WERKING
1300 Broadway Street, Suite 330
Denver, CO 80203

KATHLEEN SINNOTT
1300 Broadway Street, Suite 330
Denver, CO 80203

STANLEY GARNETT
1777 Broadway Street
Boulder, CO 80302

ALEC GARNETT
200 E. Colfax Ave., Rm. 136
Denver, CO 80203

JANE WALSH
1777 Broadway Street
Boulder, CO 80302

KATI ROTHGERY
1300 Broadway Street, Suite 500
Denver, CO 80203

**Part 5: Sign below**

_____
Signature)

Date: ___August 22, 2024

Name, address, and telephone number:

Emily Cohen
820 Maggard St.
Iowa City, IA 52240
(319) 541-4577