IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| EMILY COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>IOWA CITY, IOWA, an Iowa municipality, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, et al.,<br><br>    Defendants. | Case No. 23-cv-00073-SMR-WPK<br><br>**WILFORD H. STONE'S AFFIDAVIT IN SUPPORT OF CITY DEFENDANTS' RULE 7 BOND FOR COSTS ON APPEAL** |

STATE OF IOWA   )
                ) ss:
COUNTY OF LINN  )

I, Wilford H. Stone, swear or affirm under penalty of perjury as follows:

1. I am the attorney of record for Defendants Johnson County Sheriff's Department, Johnson County, Iowa, Michael Hynes, John Good, Demetrius Marlowe, Janet Lyness, Rachel Zimmermann Smith, Susie Nehring and David Van Compernolle ("Johnson County Defendants") in this matter.

2. On January 25, 2024, Plaintiff filed her Complaint in the United States District Court for the Southern District of Iowa – Eastern Division. (ECF No. 1).

3. On March 20, 2024, the County Defendants filed a Partial Motion to Dismiss requesting the Court dismiss all of the Plaintiff's claims. (ECF No. 47).

4. On August 21, 2024, the Court granted County Defendants' Partial Motion to Dismiss and entered judgment on all claims in favor of the County Defendants. (ECF No. 58).

1

5. On August 22, 2024, Plaintiff filed a Notice of Appeal with the Court indicating her intention to appeal the Court's ruling on the Motion to Dismiss.

8. The County Defendants incurred $16,503.50 in direct costs defending this action in the United States District Court for the Southern District of Iowa, Eastern Division. Although some direct costs will be lower on appeal, the County Defendants can reasonably expect to incur approximately $5,000 in appellate direct costs including, but not limited to, printing fees, copy fees, docket fees, and travel expenses ($1,000 in expenses and $4,000 in attorneys' fees).

9. These anticipated costs are necessary to defend this appeal. These costs are not merely for the convenience of counsel, but will be necessary to properly prepare briefs and other filings to defend Plaintiff's appeal and to prepare for the possibility of oral arguments.

10. I believe these direct costs are reasonable to defend this appeal based on my prior experience with appeals of this nature and based on prior dealings with the Plaintiff. The County Defendants expect that this trend will continue with the appeal necessitating significant costs for copying, mailing, etc.

11. County Defendants anticipate that they will have to incur approximately $4,000 in legal fees for their attorneys to defend this appeal. These fees are necessary to ensure the County Defendants' rights are protected on appeal.

12. I believe these fees are reasonable based on my experience handling appeals of this nature and the attorney time necessary to prepare for and defend the appeal and possibly attend any oral argument. Given the history of this case, the request for an appeal bond including attorney's fees of $4,000 is conservative. In any event, County Defendants

would provide an itemized accounting of any costs including attorneys' fees pursuant to local rule 54A.

_____
Wilford H. Stone

Subscribed and sworn to before me by Wilford H. Stone on this the 23rd day of August, 2024.

_____
Notary Public, State of Iowa



KIMBERLY A. BROWN
COMMISSION NUMBER 743226
MY COMMISSION EXPIRES
10-5-2027