**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**Maureen W. Gornik**
*Acting Clerk of Court*

September 05, 2024

Emily Cohen
820 Maggard Street
Iowa City, IA  52240

RE:  24-2805  Emily Cohen v. Iowa City, Iowa, et al

Dear Appellant:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note that the docketing and filing fees have not been paid. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee.

If you fail to take one of the options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

CMH

Enclosure(s)

cc:    Clerk, U.S. District Court, Southern Iowa
       Amy Colony
       Elizabeth Jenadija Craig
       Lauren Davison
       David Hughes
       Brandon Wayne Lobberecht
       Colin James Mayberry
       Benjamin R. Merrill
       Daniel Mark Morgan
       Sarah Quigley
       Michael R. Reck
       Jennifer L. Schwickerath
       Wilford H. Stone
       Luis Toro
       Paxton J. Williams

       District Court/Agency Case Number(s):   3:23-cv-00073-SMR

**Caption For Case Number:  24-2805**

Emily Cohen

       Plaintiff - Appellant

v.

Iowa City, Iowa, an Iowa municipality; Johnson County Sheriff's Department; Johnson County, Iowa; Ian Alke; Michael Hynes; John Good; Demetrius Marlowe; Janet Lyness; Rachel Zimmerman Smith; Susan D. Nehring; David Michael Van Compernolle; Does, Iowa; Boulder, Colorado, a Colorado municipality; Boulder County Sheriff's Office; Boulder County, Colorado; Andrew Hartman; Anne Kelly; Michael Dougherty; Michelle Sudano; Adam Kendall; Kristine Weisbach; Chris Merkle; Elizabeth Rothrock; Thomas Mulvahill; Nancy Salamone; Steven Howard; Dinsmore Tuttle; Gregory Lyman; Lindy Frolich; Darren Cantor; Mary Claire Mulligan; Will Mulligan; Robert Werking; Kathleen Sinnot; Stanley Garnett; Alec Garnett; Jane Walsh; Kati Rothgery; Does, Colorado

       Defendants - Appellees

**Addresses For Case Participants:   24-2805**

Emily Cohen
820 Maggard Street
Iowa City, IA  52240

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Amy Colony
ATTORNEY GENERAL'S OFFICE
10th Floor
1300 Broadway
Denver, CO  80203

Elizabeth Jenadija Craig
CITY ATTORNEY'S OFFICE
410 E. Washington Street
Iowa City, IA  52240-0000

Lauren Davison
ATTORNEY GENERAL'S OFFICE
10th Floor
1300 Broadway
Denver, CO  80203

David Hughes
BOULDER COUNTY ATTORNEY'S OFFICE
P.O. Box 471
Boulder, CO  80306

Brandon Wayne Lobberecht
BETTY & NEUMAN
1900 E. 54th Street
Davenport, IA  52807

Colin James Mayberry
BOULDER COUNTY ATTORNEY'S OFFICE
P.O. Box 471
Boulder, CO  80306

Benjamin R. Merrill
BROWN & WINICK
Suite 2000, Ruan Center
666 Grand Avenue
Des Moines, IA  50309-2510

Daniel Mark Morgan
LYNCH & DALLAS

526 Second Avenue, S.E.
P.O. Box 2457
Cedar Rapids, IA  52406-2457

Sarah Quigley
ATTORNEY GENERAL'S OFFICE
10th Floor
1300 Broadway
Denver, CO  80203

Michael R. Reck
BELIN & MCCORMICK
Suite 2000
2000 Financial Center
666 Walnut Street
Des Moines, IA  50309-0000

Jennifer L. Schwickerath
CITY ATTORNEY'S OFFICE
410 E. Washington Street
Iowa City, IA  52240-0000

Wilford H. Stone
LYNCH & DALLAS
526 Second Avenue, S.E.
P.O. Box 2457
Cedar Rapids, IA  52406-2457

Luis Toro
BOULDER CITY ATTORNEY'S OFFICE
1777 Broadway
Boulder, CO  80302

Paxton J. Williams
BELIN & MCCORMICK
2000 Financial Center
666 Walnut Street
Des Moines, IA  50309-0000