# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| EMILY COHEN<br>Plaintiff/Petitioner - Appellant,<br><br>v.<br><br><br><br><br><br>Iowa City, Iowa, an Iowa municipality, et al.,<br><br>Defendants/Respondent - Appellees. | Case No. _____<br>U.S. District Court<br>Southern District of Iowa<br>Case Action<br>Number 3:23-cv-00073-SMR-WPK |

## **NOTICE OF APPEAL FROM AN APPEALABLE ORDER**

Plaintiff appeals to the United States Court of Appeals for the Eighth Circuit, pursuant to its jurisdiction to exercise review under 28 U.S.C. § 1291 and the collateral order doctrine, as the "Order on Motion for Appeal Bond" entered on September 9, 2024, denies accommodation

for communication disabilities, denies appointment of counsel, and states on its face that it orders a punitive appeal bond in retaliation for Plaintiff-Appellant having requested communication disability access accommodations in the District Court, which it summarily denied at the same time it dismissed the entire case, which was error and is on appeal.

The Order conclusively determines communication disability access accommodations, appointment of counsel, a bond requirement, and a bond amount. These disputed issues are all separate from the merits of the case and would be effectively unreviewable upon final judgment, as they address the procedural requirements for securing the appeal rather than the substantive claims in dispute on appeal.

The Order is effectively unreviewable on appeal from a final judgment, as requiring compliance with the bond order now would be impossible, as Plaintiff-Appellant does not have the bond amount ordered. The bond requirement therefore denies the appellant the ability to pursue the appeal, causing irreparable harm. In fact, the Order misstates the procedural history of the underlying cases, leaves out important appellate and collateral review facts, misquotes cases pending

in Colorado, and states on its face that it is requiring a bond *because* Plaintiff-Appellant needs communication disability accommodations.

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): EMILY COHEN

2. Position of appellant(s) in the adversary proceeding: PLAINTIFF

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: "Order on Motion for Appeal Bond"

2. State the date on which the judgment, order, or decree was entered: September 9, 2024

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| | |
|---|---|
| CITY OF IOWA CITY, IOWA<br>410 E Washington Street<br>Iowa City, IA 52240 | JOHNSON COUNTY, IOWA<br>417 S. Clinton Street<br>Iowa City, IA 52240 |
| JOHNSON COUNTY<br>SHERIFF'S OFFICE<br>511 S Capitol Street<br>Iowa City, IA 52244 | IAN ALKE<br>410 E Washington Street<br>Iowa City, IA 52240 |

MICHAEL HYNES
410 E Washington Street
Iowa City, IA 52240
JOHN GOOD
410 E Washington Street
Iowa City, IA 52240

DEMETRIUS MARLOWE
410 E Washington Street
Iowa City, IA 52240

JANET LYNESS
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

RACHEL ZIMMERMAN SMITH
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

SUSI NEHRING
500 S. Clinton Street, Suite 400
Iowa City, IA 52244
DAVID VAN COMPERNOLLE
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

CITY OF BOULDER,
COLORADO
1777 Broadway Street
Boulder, CO 80302

BOULDER COUNTY
SHERIFF'S OFFICE
5600 Flatiron Parkway
Boulder, CO 80301

BOULDER COUNTY,
COLORADO
1325 Pearl Street
Boulder, CO 80302

ANDREW HARTMAN
1777 Broadway Street
Boulder, CO 80302

ANNE KELLY
1777 Broadway Street
Boulder, CO 80302

**Colin Mayberry**
Assistant County Attorney
Boulder County Attorney's Office
1777 Broadway Street
Boulder, CO 80302
(303) 441-3855
cmayberry@bouldercounty.org
*Counsel for:*
MICHAEL DOUGHERTY
1777 Broadway Street
Boulder, CO 80302; and
ADAM KENDALL
1777 Broadway Street
Boulder, CO 80302.


MICHELLE SUDANO
1777 Broadway Street
Boulder, CO 80302

KRISTIN WEISBACH
1777 Broadway Street
Boulder, CO 80302

CHRIS MERKLE
1777 Broadway Street
Boulder, CO 80302

ELIZABETH ROTHROCK
1777 Broaway Street
Boulder, CO 80302

THOMAS MULVAHILL
1777 Broadway Street
Boulder, CO 80302

NANCY SALAMONE
1777 Broadway Street
Boulder, CO 80302

DINSMORE TUTTLE
1777 Broadway Street
Boulder, CO 80302

GREGORY LYMAN
1777 Broadway Street
Boulder, CO 80302

**Paxton J. Williams**
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309-3989
Direct Dial: (515) 283-4638
Fax: (515) 558-0638
Email: pjwilliams@belinmccormick.com
*Counsel for:*
LINDY FROLICH
1300 Broadway Street, Suite 330
Denver, CO 80203;
DARREN CANTOR
1300 Broadway Street, Suite 330
Denver, CO 80203;

and
STEVEN HOWARD
1777 Broadway Street
Boulder, CO 80302.

MARY CLAIRE MULLIGAN
1300 Broadway Street, Suite 330
Denver, CO 80203

WILL MULLIGAN
1300 Broadway Street, Suite 330
Denver, CO 80203

ROBERT WERKING
1300 Broadway Street, Suite 330
Denver, CO 80203

KATHLEEN SINNOTT
1300 Broadway Street, Suite 330
Denver, CO 80203

STANLEY GARNETT
1777 Broadway Street
Boulder, CO 80302

ALEC GARNETT
200 E. Colfax Ave., Rm. 136
Denver, CO 80203

JANE WALSH
1777 Broadway Street
Boulder, CO 80302

KATI ROTHGERY
1300 Broadway Street, Suite 500
Denver, CO 80203

## Part 5: Sign below

_____
Signature)

                                                   Date: September 9, 2024

Name, address, and telephone number:

Emily Cohen
820 Maggard St.
Iowa City, IA 52240
(319) 541-4577