# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2805

Emily Cohen

Appellant

v.

Iowa City, Iowa, an Iowa municipality, et al.

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:23-cv-00073-SMR)

---

**ORDER**

The appellant has failed to pay to the Clerk of the United States District Court the requisite docketing fees or to file a motion for leave to proceed in forma pauperis, as directed by the September 5, 2024, order. Accordingly, appellant is directed to show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

October 08, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Maureen W. Gornik