IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

Civil Action No. 3:23-cv-00073-SMR-WPK

EMILY COHEN,

    Plaintiff,

v.

Iowa City, Iowa, an Iowa municipality, et al.

    Defendants.

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE *IFP* APPLICATION AND RENEWED MOTION FOR DECLARATORY RELIEF**

---

Plaintiff, proceeding pro se, respectfully submits this Motion for Extension of Time to File the In Forma Pauperis (IFP) Application and a Renewed Motion for Declaratory Relief. This motion is made pursuant to Federal Rule of Civil Procedure 6(b) and is based on Plaintiff's communication disability. Plaintiff's request for enlarged font as a communication disability accommodation remains unaddressed by the Court, and Plaintiff does not yet have the IFP application form in the enlarged print required to accommodate her dyslexia.

**I. Motion for Extension of Time to File IFP Application**

Due to Plaintiff's dyslexia, Plaintiff requires that the IFP application form and other court documents be provided in enlarged font to ensure meaningful access to the judicial process. As of the date of this motion, the Court has still not responded to Plaintiff's accommodation request, leaving Plaintiff without the necessary materials in an accessible format. Plaintiff requests an extension of time to file the IFP application to allow Plaintiff sufficient time to review and complete the required documentation once an accommodation is provided, which timeline only the Court can influence as it continues to refuse to provide enlarged font or any other disability accommodations.

**II. Renewed Motion for Declaratory Relief**

Plaintiff seeks declaratory relief to clarify her rights and the obligations of the Court in providing the requested communication disability accommodation. The Court has not yet provided guidance on the process by which Plaintiff can request and receive accommodations for her dyslexia, creating a barrier to Plaintiff's access to justice. Accordingly, Plaintiff requests that the Court issue a declaration affirming Plaintiff's right to receive documents in an accessible format and providing clear instructions on how Plaintiff can request and obtain such accommodations from the Court.

**III. Legal Argument**

The Court asserted that it has no duty to accommodate a communication disability because the ADA applies to state entities, but it neglected to address the Rehabilitation Act, which mandates that public entities who receive federal funding, such as the federal court and the offices operating within in, must provide accommodations to ensure individuals with disabilities have equal access to services, including access to court documents. Courts must "take appropriate steps to ensure that communications with applicants, participants, members of the public, and companions with disabilities are as effective as communications with others." 28 C.F.R. § 35.160(a)(1).

In *Lue v. Moore*, 43 F.3d 1203 (8th Cir. 1994), the Eighth Circuit held that a federal entity's failure to provide reasonable accommodations to individuals with disabilities constitutes a violation of both the ADA and the Rehabilitation Act. Further, according to the Judicial Conference, "Courts are required to provide reasonable accommodations to individuals with disabilities to ensure access to judicial programs and activities." *See* Judicial Conference of the United States, *Guide to Judiciary Policy, Vol. 5, Ch. 2.*

Plaintiff's right to effective communication accommodations is clear under federal law, and the Court's continued non-response to Plaintiff's request for an enlarged-font IFP application prevents Plaintiff from accessing the judicial process on an equal basis and from communicating with the Court in a manner that is as effective as its communications with other filers. Accordingly, Plaintiff again

3

requests declaratory relief to clarify how she can request and receive accommodations to file her IFP application and access Court materials.

## IV. Conclusion

For the foregoing reasons, Plaintiff respectfully requests that the Court:

1. Grant an extension of time to file the IFP application and order that Plaintiff be provided with the application in enlarged font or OpenDyslexic font.
2. Issue a declaratory judgment specifying the process by which Plaintiff can request and obtain communication disability accommodations from the Court to ensure equal access to the judicial process.

Dated: October 31, 2024

By:   s/ Emily Cohen
Emily Cohen
820 Maggard Street
Iowa City, IA 52240
Telephone: (319) 541-4577
E-mail: emilycohenboulder@gmail.com
*Plaintiff, pro se*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2024, a copy of the foregoing was mailed to:

CITY OF IOWA CITY, IOWA
410 E Washington Street
Iowa City, IA 52240

JOHNSON COUNTY SHERIFF'S OFFICE
511 S Capitol Street
Iowa City, IA 52244

JOHNSON COUNTY, IOWA
417 S. Clinton Street
Iowa City, IA 52240

IAN ALKE
410 E Washington Street
Iowa City, IA 52240

MICHAEL HYNES
410 E Washington Street
Iowa City, IA 52240

JOHN GOOD
410 E Washington Street
Iowa City, IA 52240

DEMETRIUS MARLOWE
410 E Washington Street
Iowa City, IA 52240

JANET LYNESS
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

RACHEL ZIMMERMAN SMITH
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

SUSI NEHRING
500 S. Clinton Street, Suite 400
Iowa City, IA 52244
DAVID VAN COMPERNOLLE
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

CITY OF BOULDER, COLORADO
1777 Broadway Street
Boulder, CO 80302

BOULDER COUNTY SHERIFF'S OFFICE
5600 Flatiron Parkway
Boulder, CO 80301

BOULDER COUNTY, COLORADO
1325 Pearl Street
Boulder, CO 80302

ANDREW HARTMAN
1777 Broadway Street
Boulder, CO 80302

ANNE KELLY
1777 Broadway Street
Boulder, CO 80302

**Colin Mayberry**
Assistant County Attorney
Boulder County Attorney's Office
1777 Broadway Street
Boulder, CO 80302
(303) 441-3855
cmayberry@bouldercounty.org
*Counsel for:*
MICHAEL DOUGHERTY
1777 Broadway Street
Boulder, CO 80302; and
ADAM KENDALL
1777 Broadway Street
Boulder, CO 80302.

5

MICHELLE SUDANO
1777 Broadway Street
Boulder, CO 80302

KRISTIN WEISBACH
1777 Broadway Street
Boulder, CO 80302

CHRIS MERKLE
1777 Broadway Street
Boulder, CO 80302

ELIZABETH ROTHROCK
1777 Broaway Street
Boulder, CO 80302

THOMAS MULVAHILL
1777 Broadway Street
Boulder, CO 80302

NANCY SALAMONE
1777 Broadway Street
Boulder, CO 80302

DINSMORE TUTTLE
1777 Broadway Street
Boulder, CO 80302

GREGORY LYMAN
1777 Broadway Street
Boulder, CO 80302

**Paxton J. Williams**
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309-3989
Direct Dial: (515) 283-4638
Fax: (515) 558-0638
Email: pjwilliams@belinmccormick.com
*Counsel for:*
LINDY FROLICH
1300 Broadway Street, Suite 330
Denver, CO 80203;

DARREN CANTOR
1300 Broadway Street, Suite 330
Denver, CO 80203;
and
STEVEN HOWARD
1777 Broadway Street
Boulder, CO 80302.

MARY CLAIRE MULLIGAN
1300 Broadway Street, Suite 330
Denver, CO 80203

WILL MULLIGAN
1300 Broadway Street, Suite 330
Denver, CO 80203

ROBERT WERKING
1300 Broadway Street, Suite 330
Denver, CO 80203

KATHLEEN SINNOTT
1300 Broadway Street, Suite 330
Denver, CO 80203

STANLEY GARNETT
1777 Broadway Street
Boulder, CO 80302

ALEC GARNETT
200 E. Colfax Ave., Rm. 136
Denver, CO 80203

JANE WALSH
1777 Broadway Street
Boulder, CO 80302

KATI ROTHGERY
1300 Broadway Street, Suite 500
Denver, CO 80203

s/ Emily Cohen

Emily Cohen