IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| EMILY COHEN, | Case No. 3:23-cv-00073-SMR-WPK |
| Plaintiff, | |
| v. | |
| IOWA CITY, IOWA, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, MICHAEL HYNES, JOHN GOOD, DEMETRIUS MARLOWE, JANET LYNESS, RACHEL ZIMMERMAN SMITH, SUSI NEHRING, DAVID VAN COMPERNOLLE, DOES, BOULDER, COLORADO, BOULDER COUNTY SHERIFF'S OFFICE, BOULDER COUNTY, COLORADO, ANDREW HARTMAN, ANNE KELLY, MICHAEL DOUGHERTY, MICHELLE SUDANO, ADAM KENDALL, KRISTINE WEISBACH, CHRIS MERKLE, ELIZABETH ROTHROCK, THOMAS MULVAHILL, NANCY SALAMONE, STEVEN HOWARD, DINSMORE TUTTLE, GREGORY LYMAN, LINDY FROLICH, DARREN CANTOR, MARY CLAIRE MULLIGAN, WILL MULLIGAN, ROBERT WERKING, KATHLEENN SINNOT, STANLEY GARNETT, ALEC GARNETT, JANE WALSH, and KATI ROTHGERY, | ORDER ON MOTION FOR APPEAL BOND |
| Defendants. | |

Before the Court is a motion filed by Plaintiff Emily Cohen styled as a Motion for Extension of Time to File IFP Application and Renewed Motion for Declaratory Relief. [ECF No. 74]. Cohen wishes to appeal the Court's imposing of an appeal bond in her underlying case. [ECF No. 67]. The motion is GRANTED in part and DENIED in part.

1

Cohen argues that she needs an extension of time to file her application to seek leave to appeal *in forma pauperis* because she needs an application with enlarged font to accommodate her dyslexia. The request is wholly unnecessary because there is no legal requirement that a motion to seek leave to proceed *in forma pauperis* must be filed on a court-provided form. Rather, the statute allowing civil plaintiffs to proceed without prepayment of fees only requires an affidavit establishing "that the person is unable to pay" filing fees. 28 U.S.C. § 1915(a)(1).

To date, Cohen has not provided any financial information to establish her qualification under the statute. *Lee v. McDonald's Corp.*, 231 F.3d 456, 459 (8th Cir. 2000) (providing that the statute "does not require a litigant to demonstrate absolute destitution"). Accordingly, Cohen has until **December 15, 2024** to file the sufficient documentation to establish her indigency. Failure to do so will result in denial of any subsequent motion for leave to appeal *in forma pauperis*. The other relief sought in the motion is DENIED.

IT IS SO ORDERED.

Dated this 5th day of December, 2024.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT