IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

Civil Action No. 3:23-cv-00073-SMR-WPK

EMILY COHEN,

    Plaintiff,

v.

Iowa City, Iowa, an Iowa municipality, et al.

    Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE *IFP***

Plaintiff Emily Cohen hereby files this motion for leave to appeal *in forma pauperis* as directed by the U.S. District Court for the Southern District of Iowa who has denied her an enlarged-font version of its IFP form, and respectfully states as follows: Plaintiff is indigent and cannot pay the filing fee. Plaintiff also renews her motions for appointment of counsel and declaratory relief.

WHEREFORE, Plaintiff respectfully requests leave to appeal *in forma pauperis* and for all prveviosuly requested relief.

Dated: December 15, 2024

By:     s/ Emily Cohen

Emily Cohen
820 Maggard Street
Iowa City, IA 52240
Telephone: (319) 541-4577
E-mail: emilycohenboulder@gmail.com

*Plaintiff, pro se*

# CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023, a copy of the foregoing was mailed to:

CITY OF IOWA CITY, IOWA
410 E Washington Street
Iowa City, IA 52240

JOHNSON COUNTY SHERIFF'S OFFICE
511 S Capitol Street
Iowa City, IA 52244

JOHNSON COUNTY, IOWA
417 S. Clinton Street
Iowa City, IA 52240

IAN ALKE
410 E Washington Street
Iowa City, IA 52240

MICHAEL HYNES
410 E Washington Street
Iowa City, IA 52240
JOHN GOOD
410 E Washington Street
Iowa City, IA 52240

DEMETRIUS MARLOWE
410 E Washington Street

Iowa City, IA 52240

JANET LYNESS
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

RACHEL ZIMMERMAN SMITH
500 S. Clinton Street, Suite 400
Iowa City, IA 52244

SUSI NEHRING
500 S. Clinton Street, Suite 400
Iowa City, IA 52244
DAVID VAN COMPERNOLLE
500 S. Clinton Street, Suite 400
Iowa City, IA 52244


CITY OF BOULDER, COLORADO
1777 Broadway Street
Boulder, CO 80302

BOULDER COUNTY SHERIFF'S OFFICE
5600 Flatiron Parkway

Boulder, CO 80301

BOULDER COUNTY, COLORADO
1325 Pearl Street
Boulder, CO 80302

ANDREW HARTMAN
1777 Broadway Street
Boulder, CO 80302

ANNE KELLY
1777 Broadway Street
Boulder, CO 80302

**Colin Mayberry**
Assistant County Attorney
Boulder County Attorney's Office
1777 Broadway Street
Boulder, CO 80302
(303) 441-3855
cmayberry@bouldercounty.org
*Counsel for:*
MICHAEL DOUGHERTY
1777 Broadway Street
Boulder, CO 80302; and
ADAM KENDALL
1777 Broadway Street
Boulder, CO 80302.

MICHELLE SUDANO
1777 Broadway Street
Boulder, CO 80302

KRISTIN WEISBACH
1777 Broadway Street
Boulder, CO 80302

CHRIS MERKLE
1777 Broadway Street
Boulder, CO 80302

ELIZABETH ROTHROCK
1777 Broaway Street

Boulder, CO 80302

THOMAS MULVAHILL
1777 Broadway Street
Boulder, CO 80302

NANCY SALAMONE
1777 Broadway Street
Boulder, CO 80302

DINSMORE TUTTLE
1777 Broadway Street
Boulder, CO 80302

GREGORY LYMAN
1777 Broadway Street
Boulder, CO 80302

**Paxton J. Williams**
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309-3989
Direct Dial: (515) 283-4638
Fax: (515) 558-0638
Email: pjwilliams@belinmccormick.com
*Counsel for:*
LINDY FROLICH
1300 Broadway Street, Suite 330
Denver, CO 80203;
DARREN CANTOR
1300 Broadway Street, Suite 330
Denver, CO 80203; and
STEVEN HOWARD
1777 Broadway Street
Boulder, CO 80302.

MARY CLAIRE MULLIGAN
1300 Broadway Street, Suite 330
Denver, CO 80203

WILL MULLIGAN
1300 Broadway Street, Suite 330
Denver, CO 80203

ROBERT WERKING
1300 Broadway Street, Suite 330

Denver, CO 80203

KATHLEEN SINNOTT
1300 Broadway Street, Suite 330
Denver, CO 80203

STANLEY GARNETT
1777 Broadway Street
Boulder, CO 80302

ALEC GARNETT
200 E. Colfax Ave., Rm. 136

Denver, CO 80203

JANE WALSH
1777 Broadway Street
Boulder, CO 80302

KATI ROTHGERY
1300 Broadway Street, Suite 500
Denver, CO 80203

s/ Emily Cohen

Emily Cohen